# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN A., HAMAD B., MONA C., YASMINE D., SAM E., ABDO F., INTERNATIONAL INSTITUTE OF NEW ENGLAND, and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TODD LYONS, in his official capacity as Senior Official Performing the Duties of the Director of ICE; and JOSEPH B. EDLOW, in his official capacity as the Director of USCIS <br><br> *Defendants*. | Case No. |

## INDIVIDUAL PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

Pursuant to Federal Rule of Civil Procedure 5.2(e), Plaintiffs Jean A., Hamad B., Mona C., Yasmine D., Sam E., and Abdo F. (together, "Individual Plaintiffs"), respectfully bring this Motion for Leave to Proceed Under Pseudonyms. For the reasons set forth in the accompanying memorandum, the Individual Plaintiffs seek to proceed in their lawsuit pseudonymously. The sensitive nature of this action and the high risk of harm that the Individual Plaintiffs would face

1

if their identities were publicly revealed establish that the need for confidentiality outweighs any public interest in knowing the Individual Plaintiffs' identities.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on February 27, 2026, at 10:25 a.m. counsel for Plaintiffs emailed counsel for Defendants asking for their position on this motion. As of the time of this filing, counsel for Defendants had not yet responded. Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law in support of Plaintiffs' forthcoming motion for a stay of administrative action.

Dated: February 27, 2026

Ghita Schwarz*
Guadalupe V. Aguirre*
Mevlüde Akay Alp*
Kimberly Grano*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

*/s/ Kali Schellenberg*
Kali Schellenberg (MA BBO No. 694875)
Erez Reuveni* (CA Bar No. 264124)
Jennie L. Kneedler* (DC Bar No. 500261)
Ryan Cooper* (DC Bar No. 1645301)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 573-7950 (Schellenberg)
kschellenberg@democracyforward.org
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming