# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| JEAN A. *et al.*,<br><br>            *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>            *Defendants*. |

Case No. 3:26-cv-30031

**DECLARATION OF HAMAD B.**

I, Hamad B., upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as follows:

1.  I am Hamad B. and I am 38 years old.

2.  I am married. I have a fourteen-year-old son who was born in Iraq and a two-year-old daughter who is a U.S. citizen.

3.  I was born in Iraq. I left in 2014 with my wife and son because we received threats. Our family is Sunni and we lived in an area that was predominantly Shi'a. We were receiving threats because of our religion, and we fled Iraq for fear that we would be killed.

4.  We arrived in Turkey in 2014. When we arrived, we went to the United Nations High Commissioner for Refugees (UNHCR) right away to apply for refugee status. I was the main applicant, and my wife and son were included in my application.

5.  We lived in Turkey for nine years before we were granted refugee status. During this time, we had several interviews with the U.S. government. My first interview was in

2016, however, the whole process was delayed for several years due to a pause in the U.S. Refugee Admissions Program (USRAP).

6. My wife, son, and I arrived in the United States in May of 2023. We settled in North Carolina.

7. When we arrived, a resettlement agency helped us get settled and find a home. They helped us for four months. During this time, we struggled. I was working very hard to find a job and support my family. Finally, I was able to find a job as an Uber driver, and I am the sole provider for my family.

8. In March 2025, the resettlement agency helped me, my wife, and my son to submit our adjustment of status applications.

9. In January of 2026, I was working with a friend delivering packages in Texas. We were stopped at a Border Patrol checkpoint. Immigration officers asked me if I was a U.S. citizen. I told them I wasn't, and I gave them my expired work permit and told them I was a refugee. I offered to show them more documentation of my refugee status, including a receipt for my green card application that was on my phone, but they arrested me anyway.

10. I was held in immigration detention for almost a month. At first, I was not able to call anyone, not even my wife. After three days, I was finally able to call her, to tell her what happened. I did not know what to do.

11. My wife tried to find me a lawyer, and eventually I was able to find a legal representative. My lawyer filed a case in federal court to get me released. I offered to show the ICE officials documents showing my immigration status, like my I-94, but they

refused to look at these documents. It took a long time, but in late February after almost a month in detention, I was finally released.

12. The weeks in detention were very hard for me. The conditions in the detention center were very bad. I was separated from my family. My family struggled a lot without me. My children were upset and scared, and my whole family suffered without my income.

13. While I was in detention, I was given an immigration court date in late February. At this hearing, the immigration judge terminated the deportation case against me.

14. After I was released, I was told that I need to attend a check-in appointment with ICE in a few days. I am very scared to go to this appointment. I am afraid that ICE will detain me again.

15. I worry a lot about what could happen to me and my family. I worry that I might be arrested again or placed in removal proceedings again. Without me, my family will have no ability to support themselves financially. I also worry about my children's emotional state. They are already traumatized by what has happened to me. I am also worried that my wife or son may be arrested as well.

16. I am very afraid that if my name is made public, and if they know I am suing the government, the government will retaliate against me, my wife, and my fourteen-year-old son by denying our pending applications or arresting and detaining us. For this reason, I ask the court that my name be hidden from the public and that any government officers who have power over my case are not allowed to know my name, my personal information, or anything about my family.

17. I understand that I am entering this case to represent refugees like me, and that if a class is certified, I would be representing not just my own interests, but also the interests of

other refugees who do not yet have green cards. I understand my obligations as a class

representative, and I want to help others who are living in fear the way I am.

18. This declaration has been read aloud to me in Arabic. I have understood and verified its

contents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed in North Carolina on February 27, 2026

_____

Hamad B.