# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>   *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF MONA C.**

I, Mona C., upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as

follows:

1.  My name is Mona C., and I am 42 years old.

2.  I was born in Syria. I moved to Iraq in 2011 and married my husband, A.A. My husband,
    my son, and I fled Iraq in 2014 because we received threats. Our family are Sunni and we
    lived in an area that was predominately Shi'a. After a family member in another Sunni
    family was killed, we fled Iraq for fear they would kill us as well.

3.  We arrived in Turkey in 2014. When we arrived, we went to the United Nations High
    Commissioner for Refugees (UNHCR) right away to apply for refugee status. My
    husband was the main applicant.

4.  We lived in Turkey for nine years before we were granted refugee status. During this
    time, we had several interviews with the U.S. government. My first interview was in

2016; however, the whole process was delayed for several years due to a pause in the U.S. Refugee Admissions Program (USRAP).

5. My husband, son, and I arrived in the United States as refugees in May of 2023. We settled in North Carolina.

6. When we arrived, a resettlement agency helped us get settled and find a home. They helped us for four months. During this time, it was very hard, my husband worked hard to find a job to provide for our family.

7. In March 2025, an attorney at the resettlement agency assisted me, my husband, and our older son in submitting our adjustment of status applications.

8. In January of 2026, my husband was in Texas working with a friend. They worked delivering packages when they were stopped at a Border Patrol checkpoint. My husband gave them his work permit, which was expired. He told them he was a refugee and could show them documentation, but they did not listen and arrested him.

9. During this time, I did not know what had happened. I only knew where he was because we shared locations. When I checked his location, I saw he was held at an ICE detention center.

10. Even though I knew where he was from the location information, I was living a nightmare.

11. After three days, I was finally able to talk to my husband. The call was less than a minute long. He was only able to tell me that he was held at an ICE detention before we were disconnected.

12. I reached out to the resettlement agency that had helped us in North Carolina and the attorney who assisted us with our adjustment of status application. The attorney told me that they could not help me because my husband was too far away. They said I had to get an attorney in those areas.

13. I finally found legal representatives. After my husband was moved to another detention center, the lawyers filed a case in federal court to try to get him released. In late February, more than three weeks after he was detained, he was finally released.

14. Those three weeks were terrible. I did not know what would happen to my husband. I worry he could be sent back to Iraq, where he would not be safe.  I was in a state of constant fear.

15. There was a huge void at home. I do not have anyone here. It was very hard for me without my husband. We have two young children, the younger of whom is only two-years-old and is a U.S. citizen. I do not have work, and without my husband we had no income. My children cried for their father every day.

16. My husband was given an immigration court date at the end of February, and the judge terminated his case. He was released from detention shortly after. I am also worried that ICE might arrest me next. I am afraid for my children. Who will take care of them if I am arrested and detained? I try to distract myself from these fears, but it is always there. I get really upset and tense. My husband's detention experience has made us very worried.

17. I am very afraid that if my name is made public, and if they know I am suing the government, the government will retaliate against me and my fourteen-year-old son by denying our pending applications or arresting and detaining us. For this reason, I ask the

court that my name be hidden from the public and that any government officers who have power over my case are not allowed to know my name, my personal information, or anything about my family.

18. I understand that I am entering this case to represent refugees like me, and that if a class is certified, I would be representing not just my own interests, but also the interests of other refugees who do not yet have green cards. I understand my obligations as a class representative, and I want to help others who are living in fear the way I am.

19. This declaration has been read aloud to me in Arabic. I have understood and verified its contents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in North Carolina on February 27, 2026.

_____

Mona C.