# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>        *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF SAM E.**

I, Sam E., upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as follows:

1.  I am 18 years old and I hold valid refugee status in the United States. I was admitted to the United States as a refugee in October 2024, with my parents and four of my siblings. We arrived at the airport in New York.

2.  I was born in Afghanistan. I left in August 2023 because my family was not safe in Afghanistan because of the Taliban. We left Kabul very suddenly, leaving everything behind.

3.  We sought temporary shelter in Pakistan. My older brother was working as a translator in the United States and he learned about a program called WelcomeCorps for refugee families to be reunited. Through it, and with the support of a resettlement organization in Connecticut, we were referred into the U.S. refugee process. My family went through numerous interviews to establish our eligibility for the program and I completed medical examinations and several security checks.

4. I was told my application for refugee status was approved in or around August 2024 and that my family and I would be resettled in Connecticut with the help of the agency and my older brother, who was our sponsor. When we arrived in the United States my older brother was at the airport with his friends to receive us and drive us to Connecticut.

5. When we got to the United States, the agency had found us an apartment with other refugee families. We got our social security cards and work permits. After a month, me and my siblings started going to school and my father got a job. We had a smooth arrival and there were a lot of Afghan families who had started over in Connecticut. This made the process less difficult for us, and we felt welcomed.

6. I began to get ready to apply for adjustment of status to lawful permanent resident shortly after I had completed a year of living in the United States. My older brother is helping me and my family with the process. We are required to submit our medical examination records with our adjustment applications, and there are limited appointments with doctors who are authorized to complete the specific medical examinations. I am currently waiting for my appointment to complete the medical exam before I can apply.

7. I am in high school, and I have made friends. I take all my classes in English, and I am very happy about how quickly I have learned to speak and study in the American public school system. I got a new job a few months ago and I am very excited about that. At the same time, I have been following the news about how refugees have been targeted recently, it makes me feel scared. I have been more careful about where I go and when to avoid encountering ICE.

8. Our resettlement agency has warned us that ICE might target us, but they said they will support us if anything happens to our family.

9.  I have never before been charged with a crime or placed in removal proceedings, so I do not understand why me and my family are at risk. We have done nothing wrong.

10. I live in daily fear that I or my family members will be subject to arrest and detention because of the government's new policies to arrest refugees who have not yet obtained green cards. I cannot go back to Afghanistan, I do not have a home there anymore, and it is very hard to live under the Taliban and I wouldn't be safe there. I am also scared to be sent to another country where I have no ties and no way to survive.

11. I fear that if my name is made public or exposed to people who have influence over my applications, that I will be endangered and retaliated against. I also fear that if my name is made public, me and my family could be more easily found by ICE.

12. For this reason I am asking that I be permitted to proceed under a pseudonym and that any information identifying me or my family as plaintiffs in this lawsuit be kept hidden from any federal government official or employee who may have power to decide what happens to my case.

13. I have joined this lawsuit because I fear that the government's new policies will result in the unjust loss of my refugee status or further detention, and that if this happens to me, my family members will also be at risk.

14. I understand that this case may be brought as a class action, and that I may play the role of class representative. I understand that means that this case may have an effect not just on me but also on many refugees like me. I understand that if a class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees targeted by these policies. I understand what being a class representative means.  I am prepared to serve that role so that I can help stop these policies from affecting others.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed in New Medford, Connecticut on February 25, 2026.

_____
SAM E.