# Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A. *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>      *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF ABDO F.**

I, Abdo F., upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as follows:

1.  I am 55 years old and I hold valid refugee status in the United States.  I was admitted to the United States as a refugee in May 2024 and I am currently living in Omaha, Nebraska.

2.  I was born in Sudan. I left in 2020 because of the security situation in Sudan. While in Sudan, I was targeted and persecuted by Sudanese authorities. I feared for my life and so I fled to Jordan.

3.  While I was in Jordan, the International Refugee Assistance Project (IRAP) referred my refugee case to the United States Refugee Admissions Program (USRAP). I went to numerous interviews to establish my eligibility for the program, and I completed all of the necessary medical examinations and security checks.

4.  My application for refugee status was approved in or around February 2024. The government told me that I would be resettled to Omaha, Nebraska and would get further assistance from a

resettlement agency. I was able to travel with a doctor to the United States in May 2024. I first flew into Chicago and then finally arrived in Nebraska.

5. I have been getting assistance from a resettlement agency in Omaha. They helped me get settled and to find a home. I have been welcomed in my new community and was hopeful. I was diagnosed with Parkinson's disease, and they helped me get the medical assistance I needed for my disease.

6. In Omaha, I have been taking classes to learn the English language. I also have been seeing several doctors who help me manage my Parkinson's disease symptoms.

7. Every month or so, I have to go to many appointments with several doctors and a nerve specialist. They prescribe me with medications that I must take 3 times a day to help with my pain. They also help me do exercises and therapy to help with my condition.

8. Because of my condition, I have not yet been able to find a job but I've been working towards it.

9. Around the time of my one year in the United States, I approached my resettlement agency to ask them to help me apply for a green card. Unfortunately, they could not help and said that I had to find a lawyer. I had a hard time finding a lawyer to help me and could not find one within one year. After the one year, IRAP approached me to work towards filing the green card application.

10. I have been having a difficult time completing the process to submit my green card application and have run into many delays. As part of the application, I am required to complete a medical exam and obtain vaccines. For the first part of my medical exam, the clinic accepted my health insurance. But for the required vaccines, I had to pay out of pocket. Because I am not yet working, I cannot afford all of the appointments for the vaccines. So

far, I have received my first round of vaccines, and the clinic told me that I have to wait one more month before I can take another dose of required vaccines.

11. Because of the new policy to detain refugees, I have been very worried that I have not submitted my green card application.

12. I have never before been charged with a crime or placed in removal proceedings.

13. Now with this new policy, I fear that I will be detained because I have not yet been able to submit my green card application.

14. If I am detained, I will suffer greatly because of my Parkinson's disease. I rely on my medications and if I don't have them, I would be in a lot of pain. My condition would only get worse if I cannot see a doctor. If I do not get the medications or therapy needed for my disease, I would not be able to walk or move.

15. I'm even more terrified that I could be sent back to Sudan or even to another country where I have no ties. I am afraid that I will be killed if I am sent back to Sudan where I was targeted and persecuted by Sudanese authorities in the past. I also fear that I would not be able to survive without medical care for my Parkinson's disease.

16. I am afraid that if my name is made public or is exposed to people who have influence over my applications, I would be retaliated against. Also, because I was previously targeted and persecuted by Sudanese authorities, I also fear that if my name is made public, I will be subject to harassment or harm from them.

17. I have joined this lawsuit because I fear that the government's new policies will result in my detention and loss of my refugee status and that I would be forced to return to Sudan, where I am afraid to go.

18. I am very afraid that if my name is made public, and if the government knows that I am suing them, the government will retaliate against me by denying any future applications or arresting and detaining me. For this reason, I ask the court that my name be hidden from the public and that any government officers who have power over my case are not allowed to know my name, my personal information, or anything about my family.

19. I understand that this case may be brought as a class action, and that I may play the role of class representative. I understand that means that this case may have an effect not just on me but also on many refugees like me. I understand that if a class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees targeted by these policies. I understand what being a class representative means. I am prepared to serve that role so that I can help stop these policies from affecting others.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Omaha, Nebraska on February 27, 2026.

_Abdo F_

_____

ABDO F.