UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN A., HAMAD B., MONA C., YASMINE D., SAM E., ABDO F., INTERNATIONAL INSTITUTE OF NEW ENGLAND, and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TODD LYONS, in his official capacity as Senior Official Performing the Duties of the Director of ICE; and JOSEPH B. EDLOW, in his official capacity as the Director of USCIS<br><br>    *Defendants*. | Case No. 3:26-cv-30031 |

**[PROPOSED] ORDER GRANTING INDIVIDUAL PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Having considered the Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and finding the Motion meritorious, this Court **GRANTS** the Motion and **ORDERS** as follows:

1. The Individual Plaintiffs are authorized to proceed under pseudonyms for the entirety of this action.

1

      2.     Any Plaintiffs added by later amendment may likewise proceed under pseudonyms without the need for further leave of Court.

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge