**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


JEAN A., *et al.*


*Plaintiffs,*

v.


KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*          Case No. 3:26-cv-30031


*Defendants.*          **DECLARATION OF EREZ**
**REUVENI IN SUPPORT OF**
**MOTION FOR ADMISSION**
***PRO HAC VICE***


I, Erez Reuveni, hereby certify and state:

1. I am a Senior Counsel at Democracy Forward Foundation.

2. My business address is P.O. Box 34553, Washington, D.C. 20043. My business telephone number is 202-448-9090. My business fax is 202-796-4426. My email address is ereuveni@democracyforward.org.

3. I am a member in good standing of the Bars of:

    a. California; and

    b. the United States District Court for the District of Columbia.

    I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2026
      Washington, D.C.

Respectfully submitted,

*/s/ Erez Reuveni*
Erez Reuveni (CA Bar No. 264124)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202-448-9090
Facsimile: 202-796-4426
Email: ereuveni@democracyforward.org

*Attorney for Plaintiffs*