**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*

                        *Plaintiffs,*

            v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*            Case No. 3:26-cv-30031

                        *Defendants.*            **DECLARATION OF JENNIE**
                                                 **L. KNEEDLER IN SUPPORT**
                                                 **OF MOTION FOR**
                                                 **ADMISSION *PRO HAC VICE***

I, Jennie L. Kneedler, hereby certify and state:

1. I am a Senior Counsel at Democracy Forward Foundation.

2. My business address is P.O. Box 34553, Washington, D.C. 20043. My business

telephone number is 202-448-9090. My business fax is 202-796-4426. My email address is

jkneedler@democracyforward.org.

3. I am a member in good standing of the bars of:

    a. the District of Columbia;

    b. the U.S. District Court for the District of Columbia; and

    c. the Supreme Court of the United States.

    I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, surrendered my license to practice

before, or withdrawn an application for admission to practice before any bar, or before this Court

or any other court. I resigned from the New York Bar for nondisciplinary reasons in 2018.

5. I have not previously had a *pro hac vice* admission or other limited admission to this

court revoked for misconduct.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2026
      Washington, D.C.

Respectfully submitted,

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler (DC Bar No. 500261)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202-448-9090
Facsimile: 202-796-4426
Email: jkneedler@democracyforward.org

*Attorney for Plaintiffs*