**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*

*Plaintiffs,*

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*

*Defendants.*

Case No. 3:26-cv-30031

**DECLARATION OF ROBIN F. THURSTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Robin F. Thurston, hereby certify and state:

1.  I am a Legal Director at Democracy Forward Foundation.

2.  My business address is P.O. Box 34553, Washington, D.C. 20043. My business telephone number is 202-448-9090. My business fax is 202-796-4426. My email address is rthurston@democracyforward.org.

3.  I am a member in good standing of the Bars of:

    a.  District of Columbia;

    b.  the United States District Court for the District of Maryland;

    c.  the United States District Court for the District of Columbia;

    d.  the United States Court of Appeals for the First Circuit;

    e.  the United States Court of Appeals for the Second Circuit;

    f.  the United States Court of Appeals for the Third Circuit;

    g.  the United States Court of Appeals for the Fourth Circuit;

    h.  the United States Court of Appeals for the Fifth Circuit;

   i.  the United States Court of Appeals for the Sixth Circuit;

   j.  the United States Court of Appeals for the Seventh Circuit;

   k.  the United States Court of Appeals for the Eighth Circuit;

   l.  the United States Court of Appeals for the Ninth Circuit;

   m.  the United States Court of Appeals for the Eleventh Circuit;

   n.  the United States Court of Appeals for the District of Columbia; and

   o.  the Supreme Court of the United States.

I have no pending disciplinary proceedings against me in any jurisdiction.

4.  I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5.  I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2026  
     Washington, D.C.

Respectfully submitted,

*/s/ Robin F. Thurston*  
Robin F. Thurston (DC Bar No. 1531399)  
Democracy Forward Foundation  
P.O. Box 34553  
Washington, D.C. 20043  
Telephone: 202-448-9090  
Facsimile: 202-796-4426  
Email: rthurston@democracyforward.org  
*Attorney for Plaintiffs*