**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*

        *Plaintiffs,*

        v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*

        *Defendants.*

Case No. 3:26-cv-30031

**MOTION FOR ADMISSION**
**OF STEVEN Y. BRESSLER**
***PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of attorney Steven Y. Bressler as counsel for Plaintiffs in the above-titled action. This motion is supported by the Declaration of Steven Y. Bressler, filed herewith.

Mr. Bressler is admitted to practice law with the bars of the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, The United States Court of Appeals for the District of Columbia, and the Supreme Court of the United States.

As set forth in Mr. Bressler's declaration, he is admitted and an active member in good standing with all bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Kali Schellenberg, an active and sponsoring member of the Bar of this Court.

Dated: February 27, 2026
      Washington, D.C.

Respectfully submitted,

/s/ *Kali Schellenberg*
Kali Schellenberg, Mass B.B.O. # 694875
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: (202) 448-9090
Fax: 202-796-4426
kschellenberg@democracyforward.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Kali Schellenberg, hereby certify that on February 27, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: February 27, 2026　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　*/s/ Kali Schellenberg*
　　　　　　　　　　　　　　　　　　Kali Schellenberg