## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>     *Defendants*. | Case No. 3:26-cv-30031 |

## <u>MOTION FOR LEAVE TO FIILE MEMORANDUM EXCEEDING TWENTY PAGES</u>

Pursuant to Local Rule 7.1(b)(4), Plaintiffs hereby move for leave to file an overlength memorandum of up to 36 pages in support of Plaintiffs' Motion for A Stay of Agency Action Under 5 U.S.C. § 705. *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiffs have good cause to request leave to file an overlength brief given the stakes of the case, which implicate whether the government has authority to arrest without warrant and detain without bond tens of thousands of refugees lawfully admitted to this country; the detailed statutory and regulatory regime at issue; the number of counts in the complaint, which span multiple theories under the U.S. Constitution, the Immigration and Nationality Act, and the Administrative Procedure Act; and the compressed timeline Plaintiffs had to prepare the brief following the Defendants' issuance of the main policy challenged in this case on February 18, 2026. Plaintiffs submit that additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented. Granting this

Motion will not result in any prejudice, and Plaintiffs would be amenable to a corresponding extension for any opposition filed by Defendants.

Accordingly, Plaintiffs respectfully request that this Court grant this motion for leave to file an overlength brief.

Concurrently with this motion, counsel for Plaintiffs will notify counsel for Defendants of this Motion and its contents by contacting the following individuals at the U.S. Department of Justice by electronic mail:

**Glenn M. Girdharry**
Acting Deputy Director
Office of Immigration Litigation
Glenn.Girdharry@usdoj.gov

**Benjamin Moss**
Acting Senior Counsel for District Court Litigation
Office of Immigration Litigation
Benjamin.M.Moss2@usdoj.gov

**Catherin M. Reno**
Acting Assistant Director
Office of Immigration Litigation
catherine.m.reno@usdoj.gov

**Rayford Farquhar**
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on February 27, 2026, at 10:25 a.m. they emailed counsel for Defendants asking for their position on this motion. At the time of this filing, counsel for Defendants had not yet responded. Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law filed in support of this motion.

Dated: February 27, 2026

Ghita Schwarz*
Guadalupe V. Aguirre*
Mevlüde Akay Alp*
Kimberly Grano*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE**
**ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan*
**INTERNATIONAL REFUGEE**
**ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

Respectfully submitted,

*/s/ Kali Schellenberg*
Kali Schellenberg (MA BBO No. 694875)
Erez Reuveni* (CA Bar No. 264124)
Jennie L. Kneedler* (DC Bar No. 500261)
Ryan Cooper* (DC Bar No. 1645301)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD**
**FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 573-7950 (Schellenberg)
kschellenberg@democracyforward.org
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming