**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A. *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　*Defendants*. | Case No. 3:26-cv-30031 |

**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE PAGES**

IT IS HEREBY ORDERED that Plaintiffs' motion to file a brief in excess of 20 pages is

GRANTED.

_____
United States District Judge