**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>       *Defendants*. | Case No. 3:26-cv-30031 |

**MOTION FOR A STAY OF AGENCY ACTION UNDER 5 U.S.C. § 705**

Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, Plaintiffs—refugees resettled in this country and organizations that serve them—respectfully bring this Motion to Stay Agency Action under 5 U.S.C. § 705. The agency actions challenged in this litigation, two policy memoranda referred to collectively as the Refugee Detention Policy, put tens of thousands of refugees at imminent risk of arrest, detention, and separation from their families and communities without lawful process. Given that imminent threat, and for all of the reasons set forth in the accompanying memorandum, the Court should stay the Refugee Detention Policy under 5 U.S.C. § 705 pending resolution of this case.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on February 27, 2026, at 10:25 a.m. they emailed counsel for Defendants asking for their position on this motion. At the time of this filing, counsel for Defendants had not yet responded. Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law filed in support of this motion.

1

Date: February 27, 2026

Ghita Schwarz*
Guadalupe V. Aguirre*
Mevlüde Akay Alp*
Kimberly Grano*
Pedro Sepulveda*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
Telephone: (646) 740-6271
Facsimile: (516) 324-2267
dfuleihan@refugeerights.org

*/s/ Kali Schellenberg*
Kali Schellenberg (MA BBO No. 694875)
Erez Reuveni* (CA Bar No. 264124)
Jennie L. Kneedler* (DC Bar No. 500261)
Ryan Cooper* (DC Bar No. 1645301)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 573-7950 (Schellenberg)
kschellenberg@democracyforward.org
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this February 27, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments. I also served the government with a true and correct copy of the foregoing including all attachment by emailing the documents to four attorneys for the Department of Justice including: Rayford Farquhar at rayford.farquhar@usdoj.gov, Glenn Girdharry at glenn.girdharry@usdoj.gov, Benjamin Moss at benjamin.m.moss2@usdoj.gov, and Catherine Reno at catherine.m.reno@usdoj.gov.

*/s/ Kali Schellenberg*
Kali Schellenberg
