# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>      *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF JEAN A.**

I, Jean A., upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as follows:

1. I am 27 years old and I hold valid refugee status in the United States. I was admitted to the United States as a refugee on September 8, 2022 when I arrived at the airport in New York City with my mother and siblings.

2. I was born in a refugee camp in Rwanda. My mom fled from the Democratic Republic of the Congo in 1996. I do not know a lot about why mother fled. When I or my siblings ask about why she fled she says that is not a conversation she wants to have with us. My older brother is still in a refugee camp. His application for refugee status through the United States Refugee Admissions Program was in process, but the process has been paused due to the shutdown of the refugee program in January 2025. My other three siblings and I live with my mom in an apartment in Massachusetts.

3.  My mother started the process for us to come to the United States as refugees in 2012. As a child who was born in a refugee camp, I was not asked about the history of my family's suffering. I was interviewed about who I am, my age, my family, where I went to school, the languages I speak, and things like that. I believe my mom had four or five interviews, and every time they called her, we had to go as a full family and go through those questions again.

4.  As part of the application process, I completed medical examinations and several security checks.

5.  Growing up in a refugee camp in Rwanda was very difficult. Even though I was born in Rwanda, I am not a Rwandan citizen. There was no way for me to acquire Rwandan citizenship or to have a government sector job, for example. Everytime when even a private company posts a job, the posting would say you have to be a Rwandan. So life in a refugee camp meant that we were trapped, we had to only wait on UNHCR to give us help for food and basic needs. My mother and siblings also did not have Rwandan citizenship.

6.  I was told my mother's application for refugee status was approved about a month before we came to the United States.

7.  A local resettlement agency in Massachusetts helped us get settled and find an apartment. An apartment was all ready for us when we came from the airport. We stayed in that apartment for about two years, and then we were able to move into a larger apartment.

8.  My youngest sibling is fourteen years old now. The local resettlement agency helped him to get enrolled in school. They helped me also to find a job, first as a housekeeper. Then, after about eight months I found another job as a warehouse worker. About one year after working there, I was able to find work with a different local resettlement agency as a caseworker.

9. I have been so happy in this job. I am helping my people, by which I mean immigrants in the United States. I am the kind of person who really wants to help people whenever I can. When you see me in a community, I am a person who wants to help other people - especially immigrants who do not know how they can access the help and resources they need. Sometimes I can go with people who need help with a language barrier. I do this for people whether they are my clients at work or not.  I only work part-time right now, because my employer has had funding cuts in the last week. I also drive part-time for Uber to help support my family.

10. I felt welcome in Massachusetts when I got here. The first month I got here was very hard, because we did not know where to go or what to do. We were initially very reliant on our caseworker. But then we started to go outside, and people were very happy to meet us. Other people who had gotten here years before us came to help us feel welcome. At work I also got to know people who had not ever been immigrants themselves, but still they made me feel very welcome. I felt a lot of hope for my future at that time.

11. I applied for adjustment of status to lawful permanent resident about 18 months after I had arrived in the United States. I knew we could apply after one year, but there was no one in my community who could help me apply earlier. I tried to do research and went to some law offices, and eventually I found someone who could help me file that application. I had to pay them to help each of us submit our applications. We also had to pay for medical exams for each person in my family to apply. It was difficult to save the money to submit all of these applications for myself and also for my four siblings and my mother. We also had to learn how to use money orders in order to get the medical exams, and even that step was

something we had to learn and that took time. But finally we were all able to apply for our green cards at the same time in the spring of 2024.

12. I received a notice of receipt confirming I had applied. I also received a second notice saying that I did not have to go get new fingerprints taken because USCIS could use our old fingerprints from when we arrived in the United States. The only family member who had to appear for fingerprints was my little brother, who was only eleven when we arrived in the United States. I had to take my little brother to a USCIS office in Connecticut, which is the office closest to us where we live in Massachusetts. These are the only notices that I or my four siblings and mom have received about our pending green card applications.

13. I have never received any request for an interview or a decision on my application for adjustment of status even though my application and those of my family members have been pending for almost two years now. I called USCIS more than six times about our applications. Each time I called they said there was nothing I needed to do, and each time they told me there was nothing I needed to do, I just needed to wait for a decision. Even when our work permits expired and life became more difficult, they told me I had to apply to extend my work authorization. We applied to extend our work authorization cards almost a full year ago, and the same thing. We have not received anything since the receipt notice. When I look for other work, employers keep denying me jobs because I do not have a valid work permit, even though I show them my I-94 showing that I am a refugee.

14. I have never been charged with a crime or placed in removal proceedings.

15. I was reading the news on February 20, and I understood from the news that the US government was going to try to deport refugees who had green card applications pending. I understood that all refugees without green cards would be at risk of arrest and being sent to

jail. I was worried they would come for me first, especially because I do not have a valid work permit. I was driving for Uber Friday morning when I heard this. I just went straight home because I was afraid of being arrested. When I got home I looked further at websites for more news about this.

16. I usually make about $200 a day, so by stopping driving on Friday I lost my income for the day. I have lost several days of income already, but soon I have to return to driving because I am supporting my family and they need the income.

17. I feel very worried about driving, and even about leaving my house, but I have to do it. I am afraid of being arrested, and I am afraid of my family being arrested. I am telling my family members to stay home, I do not even want them to go outside. Not everyone in the family speaks English as well as I do, and I am afraid it will be even harder for them to explain their rights if something happens.

18. I have taken steps to sign papers with a lawyer so that they can represent me if I am detained by immigration authorities. I am lucky because a lawyer agreed to do this pro bono for me.

19. I am also afraid of being deported. Because I was only a refugee in Rwanda, I have no right to return there. So I think if I were deported I could be sent to Democratic Republic of Congo. I have never been to DRC. I am afraid of going to DRC, there is still a war there and I fear I would be targeted for violence, because I do not speak Swahili well, the language of DRC.

20. I am afraid that if my name is made public or exposed to people who have influence over my immigration applications, that I will be in danger and might face retaliation in the form of denial of my application or arrest and detention. I also fear that if my name is made public, I will be harassed by people who support Trump and support his immigration policies.

21. I am also afraid that if my name is made public, it could put my brother who is still in Rwanda in danger or jeopardize his pending application to come to the United States if the USRAP reopens.

22. For these reasons I am asking that I be permitted to proceed under a pseudonym and that any information identifying me or my family as plaintiffs in this lawsuit be kept hidden from any federal government official or employee who may have power to decide what happens to my or my family's cases.

23. I have joined this lawsuit because I am afraid that the government's new policies will result in the unjust loss of my refugee status or detention in immigration jail, and that if this happens to me, my family members will also be at risk. I am also joining this case because I am afraid of what could happen to all refugees under this policy, and I want to stand up for my community as I always have.

24. I understand that this case may be brought as a class action, and that I may play the role of class representative. I understand that means that this case may have an effect not just on me but also on many refugees like me. I understand that if a class is certified, I will be representing more than just myself in this case. I will be representing the interests of other refugees targeted by these policies. I understand what being a class representative means. I am prepared to serve that role so that I can help stop these policies from affecting other refugees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Springfield, MA on February 25, 2026.

_____ *Jean A.*

Jean A.