# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF YASMINE D.**

I, Yasmine D., upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as follows:

1.  My name is Yasmine D. I am thirty-six years of age.

2.  I am married and I have a ten-year old son.

3.  I was born in Iraq. I left in 2014 with my husband because our family was targeted and harmed by militias who disapproved of our interfaith marriage. We left very suddenly, because we were in grave danger.

4.  We fled to Turkey, where my husband was the main applicant in various interviews with the United Nations High Commissioner for Refugees (UNHCR) and the U.S. government to be resettled as refugees.

5.  I came to the United States with my husband and son in April 2023 through the U.S. Refugee Admissions Program (USRAP). We were admitted as refugees and settled in Texas.

6. When we arrived, a refugee resettlement organization helped us get settled and find a home. We had to start over from nothing here in the U.S., but we were hopeful that we finally found a safe, peaceful, permanent home where our son could grow up.

7. Another organization helped my family and I apply for our green cards in March 2025.

8. At the end of January of 2026, my family and I were living our normal life. I was working as a waitress, my husband worked delivering packages, and our 10-year-old son went to school. On January 30, 2026, my husband was arrested by immigration officers while delivering packages with his friend. He was stopped at a border patrol checkpoint. They asked him if he was a citizen and he showed them his expired work permit and receipt notice for his adjustment of status application.

9. Even though my husband has lawful status and has never had any issues with the law, immigration officers detained my husband and his friend and took them to a detention center. For the first couple of days, I did not know where my husband was, I thought he was lost. I checked for his location through my son's phone. I was worried something happened to him. Eventually, my husband was able to call me and told me what happened to him.

10. My husband told me that he was treated poorly in detention. Immigration took all of his documents and left his van on the street. My documents, my I-94 and adjustment of status receipt notice, were also in his van, so I was without my documents.

11. My husband also told me that the first few days he was detained he was beaten and pushed around by immigration officers.

12. I worried a lot about my husband in detention. We are from Iraq and we have already been through a lot. He is psychologically struggling because of this. I was afraid that his

experience being arrested and detained would bring back the memories of everything he suffered in Iraq.

13. My husband's detention was also very hard on me and my son. My son was born in Turkey, so he never experienced the difficulties that my husband and I did in Iraq. He was in complete shock after what happened to his father. He cried all the time and had nervous attacks, and he skipped school because he was so upset    .

14. Because of my son's stress, I missed a lot of work. Usually, when I am working, my son goes to my cousin's house until I finish working. But he was so upset and scared that I could not leave him alone. I tried to go to work for a couple of days, but my son did not do well without me. I had to tell my manager that I needed to take two weeks off.

15.    While my husband was detained, we lost income, because he was not working and I lost work to care for my son.

16. I obtained legal assistance to help my husband. Our lawyers filed a case in federal court in early February, and in mid-February, a judge ordered his release. He is home now.

17. I live in a lot of fear since my husband was detained. I am worried that ICE will come and detain me and my son if we go out. My son is afraid to go to school, because he worries that he will disappear like his father.

18. The other day, when I was at work, ICE showed up in the area. I left immediately, because I was so scared that they would detain me as well.

19. I also worry that the U.S. government is going to detain my husband again and deport him, and that my son and I will be deported along with him. It is not safe for us to go back to Iraq, and I worry about what will happen to us if we are forced to leave here.

20. My son and I have been trying to avoid going out as much as possible. We missed some medical appointments recently, because we decided that it was safer to stay home.

21. Living in fear like this has been very difficult. We came to the United States to escape persecution and harm. I cannot believe that we are faced with it all over again.

22. I have joined this lawsuit because I am afraid that the government's new policies will result in my detention in immigration jail or the unjust loss of my refugee status, and that if this happens to me, my family members will also be at risk. I am also joining this case because I am afraid of what could happen to all refugees under this policy, and I want to stand up for my community as I always have.

23. I am very afraid that if my name is made public and if the government knows that I am suing them,     they will retaliate against me by denying my pending application or arresting and detaining me. I am also afraid that my son will be harmed by my joining the lawsuit. For this reason, I ask the court that my name be hidden from the public and that any government officers who have power over my case are not allowed to know my name, my personal information, or anything about my family.

24. I understand that I am entering this case to represent refugees like me, and that if a class is certified, I would be representing not just my own interests, but also the interests of other refugees who do not yet have green cards. I understand my obligations as a class representative, and I want to help others who are living in fear the way I am.

25. This declaration has been read aloud to me in Arabic, a language in which I am fluent, and I have understood and verified its contents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Texas on February 27, 2026

Yasmine D.