# Exhibit 7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JEAN A. *et al.*,

      *Plaintiffs,*

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*,

      *Defendants.*

Case No. 3:26-cv-30031

## DECLARATION OF RABBI JAMES GREENE

I, Rabbi James Greene, upon my personal knowledge and pursuant to 28 U.S.C. § 1946, hereby declare as follows:

1. I am the Chief Executive Officer (CEO) of the Jewish Family Service of Western Massachusetts. (JFS-WMA). The facts set forth in this declaration are based on my personal knowledge, my conversations with my staff, and the information kept in the ordinary course of business at JFS-WMA.

2. I make this declaration because the new policy of the United States Citizenship and Immigration Service (USCIS), Immigration and Customs Enforcement (ICE), and the Department of Homeland Security (DHS) to arrest and detain unadjusted refugees is causing and will continue to cause significant harm to our organization and our mission.

**Jewish Family Service of Western Massachusetts**

3. Jewish Family Service of Western Massachusetts and its predecessor organizations have served the Springfield area since 1898, focusing on serving newcomers, immigrants, and refugees, supporting family unity and cohesion, and assisting community members

struggling with economic and health crises. Since the 1990s, under the name Jewish Family Service of Greater Springfield, we have been involved in the resettlement of refugees. We expanded the geographic range of our work and changed our name to Jewish Family Service of Western Massachusetts in 2002. As JFS-WMA, we have taken a leading regional role in refugee resettlement and other immigration services such as naturalization assistance. We have a staff numbering 99, including caseworkers, behavioral health staff and mental health counselors, health navigators, youth workers, and elder services providers. These staff provide critical services for over 4,000 clients annually and receive community support from nearly 2,000 community members through engagement, advocacy, and educational programs. Our DPH-licensed mental health clinic provided over 11,000 behavioral health sessions in the past year, serving hundreds of clients who are largely immigrants and refugees. Through our partnership with the Office for Refugees and Immigrants, we provide youth case management and youth mentoring, employment and education support, job training and English as a Second Language classes, health navigation, intensive case management services, and legal services to support continued integration into the community. Additionally, through state-funded programs we provide elder guardianship and conservatorship services for clients, as well as ongoing programs and supports for hundreds of elders in the community through the Naturally Occurring Retirement Communities program.

4. Our refugee resettlement work is core to our mission. Our agency has, for over 100 years, served as a community leader, partnering with people to achieve fulfilling lives. Rooted in Jewish values and the lived Jewish experience of immigration, we provide a wide variety of social services to support individuals and families from diverse cultural and

economic backgrounds. Our agency's work is grounded in the Bible's call to welcome the stranger. We believe that call is best answered through the values of human dignity, compassion, healing, and integrity. Through our work, we have grown to be one of the largest refugee-serving agencies in the Commonwealth of Massachusetts and pride ourselves on having many staff members who have lived experience as refugees and now serve as community leaders in this critical work.

5. I have served as the CEO of JFS-WMA since December 2022. In my role at JFS-WMA, I supervise our senior leadership staff, support the Board and Committees of the agency in their work, and oversee the day-to-day operations of our work. Additionally, I serve as the agency's external affairs staff member, connecting with community groups, faith institutions, government officials and staff members, and regional partners.

6. Prior to working at JFS-WMA, I served in a wide variety of roles in the local Jewish community, including as the Executive Director of a nonprofit residential summer camp, and as the Assistant Executive Director at the Springfield JCC. In that role, I developed partnerships with JFS-WMA including a summer camp program that supported the integration of New American youth through camp attendance. My professional training is as a rabbi. I was ordained by the Reconstructionist Rabbinical College and have served as a rabbi for 18 years.

7. Through my current work and my previous partnerships with JFS-WMA, I am deeply familiar with JFS-WMA's operations and with the process for resettling and integrating refugees in the United States.

8. JFS-WMA has partnered with HIAS, a national refugee resettlement agency, to resettle refugees from around the world to our Western Massachusetts community. Through our

partnership with HIAS, we provide initial resettlement services including initial case management, ongoing intensive case management programs, group programming, and emergency financial assistance.

9. During the four years before the current administration paused the United States Refugee Admission Program and stopped admitting new refugees, JFS-WMA provided these services to 1298 refugees making their new home in Western Massachusetts. This resettlement work began with accompaniment at the airport, placement in housing, helping new arrivals navigate the healthcare system, connecting them to health plans and public benefits, securing day care spots and enrollment for preschool-aged children, and enrolling school-aged children in local public schools. We also provided families with cultural orientation, placed adults in English classes, and helped refugees find employment and career pathways in their new communities.

10. Through our Citizenship and Immigration Services program, JFS-WMA also provides longer-term case support for refugees and their families beyond the first year of arrival. We had been funded by United States Citizenship and Immigration Services and Project Citizenship since 2011, however our contract with USCIS was canceled abruptly in February 2025. As part of that contract, we provided free classes to prepare our clients for the citizenship interview and also prepared their citizenship applications. Our accredited representative has remained on staff and now assists and supports clients through all phases of their immigration applications, to bring family members to the United States, and to become citizens. This includes supporting asylum applicants and preparing a variety of other forms for immigration benefits, including work authorization.

11. One of the important services we continue to provide is assistance to refugees in filing their applications for lawful permanent residency after they have been in the United States for more than one year. Refugees who have been in the United States for more than one year are entitled to file for and receive lawful permanent residency. However, many refugees struggle to complete and file this application on their own, and attorneys charge significant fees to assist with this application. There are also other costs associated with this application, including the cost of medical examinations and translation services. We currently have one accredited representative, and she assists JFS-WMA's clients with completing these applications at no cost.

**DHS's Refugee Detention Policy**

12. JFS-WMA currently provides services to approximately 1,062 refugees who have not yet adjusted to lawful permanent resident (LPR) status. Many of these individuals have already filed their applications for permanent residency, but they have been waiting for months—sometimes years—for the government to adjudicate their applications. Since January 2021 JFS has welcomed and served 1,298 refugees into the geographic area served by JFS-WMA.

13. DHS' increased targeting of refugees is already impacting our work. Last month, we learned about the implementation of DHS's program to arrest, detain, and interview refugees in Minnesota through Operation Post-Arrival Refugee Revetting and Integrity Strengthening (Operation PARRIS). We became concerned that our clients may be targeted for interviews for adjustment or re-vetting of their refugee status, and we obtained training for how to represent any refugee who may be called in for re-vetting. So far, we have had one refugee family subject to such an interview. Our staff team,

including our lone accredited representative, prepared the clients for that interview and represented her and her family with the support of other outside attorneys. That interview required dozens of hours of staff preparation time, including several hours for the interview itself.

14. On February 18, 2026, USCIS and ICE announced in a new policy memo that they will arrest and detain refugees who have been in the United States for more than one year but have not yet obtained lawful permanent resident status. The memo also stated that USCIS would be conducting re-vetting investigations to determine whether a refugee may remain in the United States as an LPR, should have their refugee status terminated, or should be placed into removal proceedings.

15. The Refugee Detention Policy threatens to further disrupt JFS-WMA's core work and efforts to support resettled refugees.

16. Until last month, JFS-WMA did not have any refugees who were called in for re-vetting interviews. In fact, because USCIS requires interviews for adjustment of status only on a case-by-case basis, many of our clients did not even have to appear in person to be granted adjustment of status.

17. If, due to the Refugee Detention Policy, more unadjusted refugee clients are sent notices to attend re-vetting interviews, JFS-WMA staff will need to devote significant time to preparing for and accompanying our refugee clients to these interviews. We have just one staff person who does this work, and we would need ten of her in addition to translators, case workers, and drivers to serve more than 1000 refugees with pending applications. There is no question that we would have to divert current resources from other programs to protect our clients.

18. In addition, if the refugees we serve are arrested, detained, and placed in removal proceedings, JFS-WMA staff will spend large amounts of time searching for and contacting possible legal referrals to represent these individuals in removal proceedings and/or federal habeas petitions, as detained removal work is outside the scope of the legal services we can provide. It is very time consuming for our staff to identify and secure low- or pro-bono referrals for these types of cases.

19. If our refugee clients are detained and unable to work, their families will be left without their income.  Most of our refugee clients do not have significant financial resources and their families rely on their paychecks to survive. We have already had to divert resources to help with cuts to SNAP and the impending Medicaid cuts, in addition to preparing for the collateral effects of these changes. To support these families who, because of their detention, will have lost their only source of income, JFS-WMA will have to dip further into our limited emergency funds to provide financial assistance to refugee families affected by the Refugee Detention policy.

20. JFS-WMA also employs a significant number of refugees, including those who may be targeted by the Refugee Detention Policy because their adjustment of status applications have not been adjudicated. Our work will be further strained if our employees—lawfully present refugees who are helping their communities—are targeted for arrest and detention.

21. Devoting a significant portion of JFS-WMA's resources to responding to the Refugee Detention Policy will harm our organization's priorities and existing work and will pull us away from our critical mission of welcoming immigrants to Western Massachusetts. Diverting staff time and resources to supporting detained refugees and their families will

directly impact our organization's existing work on behalf of other immigrant communities as well as resources available for other programs that we ordinarily provide, such as our Jewish Community and Older Adults programs. JFS-WMA has been in existence since 1898, and has welcomed Jewish and non-Jewish immigrants to the region for the entirety of that time. This policy will create an intentionally sustained emergency for the community we serve as well as for our organization itself.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Rabbi James Greene

Executed: Springfield, Massachusetts

Date: February 27, 2026