**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*, <br><br>      *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br>      *Defendants*. | Case No. 3:26-cv-30031 |

**[PROPOSED] ORDER GRANTING STAY UNDER 5 U.S.C. § 705**

IT IS HEREBY ORDERED that, pending an order by this Court as to whether further injunctive relief should issue, Defendants Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security (DHS); U.S. Citizenship and Immigration Services (USCIS); Joseph B. Edlow, in his official capacity as Director, USCIS; U.S. Immigration and Customs Enforcement (ICE); Todd Lyons, in his official capacity as Senior Official Performing the Duties of the Director of ICE; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (collectively, "Defendants"), are hereby enjoined or stayed, pending further order of this Court, from:

1.      Implementing or enforcing the *Rescission ICE Policy No. 11039.1: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status (May 10, 2010)* Memorandum dated December 18, 2025 and the *Detention of Refugees Who*

*Have Failed to Adjust to Lawful Permanent Resident Status* Memorandum dated February 18, 2026; and

2.       Arresting or detaining any refugee in the United States on the basis that the refugee has not adjusted to lawful permanent resident status.

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge