AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| Jean A., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cv-30031 |
| Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                           .

Date:     03/03/2026

/s/ Robin F. Thurston
*Attorney's signature*

Robin F. Thurston (pro hac vice)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

rthurston@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|