AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Jean A., et al. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    3:26-cv-30031 |
| Noem, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                .

Date:     03/03/2026

/s/ Jennie L. Kneedler
*Attorney's signature*

Jennie L. Kneedler (pro hac vice)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

jkneedler@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

| Print | Save As... | Reset |
|---|---|---|