AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Jean A., et al. ) <br> *Plaintiff* ) <br> v. ) <br> Noem, et al. ) <br> *Defendant* ) | Case No.  3:26-cv-30031 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                          .

Date:   03/03/2026

/s/ Erez Reuveni
*Attorney's signature*

Erez Reuveni (pro hac vice)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

ereuveni@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

[Print]   [Save As...]                                                                 [Reset]