**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>    *Defendants*. | Case No. 3:26-cv-30031 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Kali Schellenberg, am a member in good standing of the bar of this Court and the attorney of record for Plaintiffs in this case. My bar number is 694875. Pursuant to Local Rule 83.5.3, I am moving for the admission of Ghita Schwarz to appear *pro hac vice* in this case as counsel for all Plaintiffs. Ms. Schwarz is a member of the bar of the State of New York and several federal district courts and Circuit Courts of Appeals as well as the Supreme Court of the United States. I have verified that Ms. Schwarz is a member in good standing of the bar to which she is admitted, and her Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Ghita Schwarz as co-counsel for all Plaintiffs in the above-captioned case.

Respectfully submitted,

/s/ Kali Schellenberg
Kali Schellenberg (MA BBO No. 694875)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 573-7950 (Schellenberg)
kschellenberg@democracyforward.org

*Counsel for Plaintiffs*

## **LOCAL RULE 7.1 (A) (2) CERTIFICATION**

I, Kali Schellenberg, counsel for Plaintiffs in the above captioned matter, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Plaintiffs contacted Assistant United States Attorney Rayford Farquhar on February 27 and March 3, 2026, regarding this motion, and AUSA Farquhar responded that he was unable to provide the government's position at this time.

Dated: March 4, 2026

/s/ Kali Schellenberg
Kali Schellenberg (MA BBO No. 694875)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 573-7950 (Schellenberg)
kschellenberg@democracyforward.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2026, this Motion for Admission *Pro Hac Vice* was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.