## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>        *Defendants*. | Case No. 3:26-cv-30031 |

### RULE 83.5.3(e)(3) CERTIFICATION

Pursuant to Local Rule 83.5.3(e)(3), I, Ghita Schwarz, hereby certify the following:

1.  I am admitted to practice in the State of New York and am a member in good standing in every jurisdiction in which I have been admitted to practice, including the U.S. District Courts for the Southern and Eastern Districts of New York, the U.S. District Court for the District of Columbia; the U.S. Courts of Appeals for the Second, Third, and Seventh Circuits; and the Supreme Court of the United States.

2.  I am not the subject of pending disciplinary proceedings in any jurisdiction.

3.  I have not previously had an admission to this Court revoked for misconduct.

4.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Ghita Schwarz
Ghita Schwarz
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 939-9169
Facsimile: (516) 324-2267
gschwarz@refugeerights.org