**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A. *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>     *Defendants*. | Case No. 3:26-cv-30031 |

**RULE 83.5.3(e)(3) CERTIFICATION**

Pursuant to Local Rule 83.5.3(e)(3), I, Kimberly Grano, hereby certify the following:

1.  I am admitted to practice in the State of New York and State of California and am a member in good standing in every jurisdiction in which I have been admitted to practice, including the U.S. District Court for the Southern District of California, the U.S. District Court for the District of Colorado, the U.S. District Court for the Southern District of New York, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals for the District of Columbia Circuit.

2.  I am not the subject of pending disciplinary proceedings in any jurisdiction.

3.  I have not previously had an admission to this Court revoked for misconduct.

4.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Kimberly Grano
Kimberly Grano
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 946-7453
Facsimile: (516) 324-2267
kgrano@refugeerights.org
