**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>   *Defendants*. | Case No. 3:26-cv-30031 |

**<u>RULE 83.5.3(e)(3) CERTIFICATION</u>**

Pursuant to Local Rule 83.5.3(e)(3), I, Pedro Sepulveda, hereby certify the following:

1. I am admitted to practice in the State of New York and am a member in good standing in every jurisdiction in which I have been admitted to practice, including the U.S. District Courts for the Southern and Eastern Districts of New York, the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the D.C. Circuit, and the U.S. Court of Appeals for the Ninth Circuit.

2. I am not the subject of pending disciplinary proceedings in any jurisdiction.

3. I have not previously had an admission to this Court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Pedro Sepulveda
Pedro Sepulveda
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 819-3805
Facsimile: (516) 324-2267
psepulveda@refugeerights.org
