AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Jean A. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:26-cv-30031 |
| Noem, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 03/06/2026

/s/ Pedro Sepulveda, Jr.
*Attorney's signature*

Pedro Sepulveda (pro hac vice)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Fl
New York, New York 10004
*Address*

psepulveda@refugeerights.org
*E-mail address*

(646) 819-3805
*Telephone number*

(929) 999-8119
*FAX number*