AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Jean A. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-30031 |
| Noem et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.                                                                                          .

Date:    03/10/2026

/s/ Guadalupe V. Aguirre
*Attorney's signature*

Guadalupe V. Aguirre (PHV)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, Fl. 33
New York, NY 10004

*Address*

LAguirre@refugeerights.org
*E-mail address*

929-246-0154
*Telephone number*

516-324-2267
*FAX number*