AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Jean A., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-30031 |
| Noem et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                            .

Date:    03/10/2026                                    /s/ Kimberly R. Grano
                                                    *Attorney's signature*

                                    Kimberly R. Grano (pro hac vice; NY5858808)
                                                    *Printed name and bar number*

                                    International Refugee Assistance Project
                                    One Battery Park Plaza, Fl. 33
                                    New York, NY 10004

                                                        *Address*

                                    kgrano@refugeerights.org
                                                    *E-mail address*

                                    646-946-7453
                                                *Telephone number*

                                    516-324-2267
                                                    *FAX number*