**Return of Service**

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

Jean A.; et al.
  Plaintiff

Case Number: 3:26-CV-30031-CLM

vs.

Kristi Noem; et al.
  Defendant

On behalf of:
Democracy Forward
P.O. Box 34553
Washington, DC 20043

Received by Cavalier to be served on United States' Attorney's Office for the District of Massachusetts, c/o Civil Process Clerk, at 1 Courthouse Way, Suite 9200, Boston, MA 02210.

I, Mark Weisberg, being duly sworn, depose and say that on March 5, 2026 at or about 12:50 PM I served Summons in a Civil Action; Class Action Complaint for Vacatur, Preliminary and Permanent Injuctive Relief, and Declaratory Relief under the Administrative Procedure Act and the Constitution; Civil Cover Sheet with Addendum; Exhibits 1-6; Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms; Memorandum of Law in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms with Exhibits A-F; [Proposed] Order Granting Individual Plaintiffs' Motion for Leave to Proceed under Pseudonyms; Motion for Admission of Erez Reuveni Pro Hac Vice; Declaration of Erez Reuveni in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Jennie L. Kneedler Pro Hac Vice; Declaration of Jennie L. Kneedler in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Ryan Cooper Pro Hac Vice; Declaration of Ryan Copper in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Robin F. Thurston Pro Hac Vice; Declaration of Robin F. Thurston in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Steven Y. Bressler Pro Hac Vice; Declaration of Steven Y. Bressler in Support of Motion for Admission Pro Hac Vice; Motion for Leave to File Memorandum Exceeding Twenty Pages; [Proposed Order Granting Motion to Enlarge Pages; Motion for a Stay of Agency Action under 5 U.S.C. § 705; Memorandum of Law in Support of Plaintiffs' Motion for a Stay of Agency Action under 5 U.S.C. § 705 with Exhibits 1-9; and [Proposed] Order Granting Stay Under U.S.C. § 705 personally to Aneta Metaxeniou as administrator for the United States' Attorney's Office for the District of Massachusetts. Service occurred at John Joseph Moakley Courthouse, 1 Courthouse Way Suite 9200 Boston, MA 02210.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Mark P Weisberg_  3/6/2026

Mark Weisberg          Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2026-158075

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JEAN A., ET AL.** | |
| *Plaintiff* | |
| | Civil Action No.: |
| v. | **3:26−CV−30031−CLM** |
| **KRISTI NOEM, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Kristi Noem, in her official capacity as Secretary of Homeland Security
> Office of the General Counsel, U.S. Department of Homeland Security
> 2707 Martin Luther King Jr. Ave SE
> Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kali Schellenberg
> P.O. Box 34553
> Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Michael Zamorski**

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2026−03−03 12:45:21, Clerk USDC DMA

Civil Action No.:  **3:26-CV-30031-CLM**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Kristi Noem, in her official capacity as Secretary for Department of Homeland Security _____

was received by me on (date) 03/04/2026 _____ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Aneta Metaxeniou, administrator** , who is

designated by law to accept service of process on behalf of (name of organization) US Attorney's Office for the District of Massachusetts _____

at 1 Courthouse Way, Suite 9200, Boston, MA 02210 _____ on (date) 03/05/2026 at 12:50 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


_____                    *Mark P Weisberg*
Date                               *Server's Signature*

**Mark Weisberg, Constable/Process Server**
*Printed name and title*


**823-C S. King St, Leesburg, VA 20175**
*Server's Address*

Additional information regarding attempted service, etc: