Civil Action No.:  **3:26–CV–30031–CLM**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>Kristi Noem, in her official capacity as Secretary of Homeland Security</u>

was received by me on (date)_____<u>03/03/2026</u>_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :

Service was completed by mailing a copy of the documents listed herein to Kristi Noem, in her official capacity as Secretary of Homeland Security, Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528 on 03/04/2026 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8562 65. Service was signed for on 03/09/2026, electronic return receipt attached.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____<u>03/10/2026</u>_____          _____<u>*Carrie Hollingshed*</u>_____
Date                                                        *Server's Signature*

_____<u>Carrie Hollingshed, Private Process Server</u>_____
*Printed name and title*

<u>7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770</u>
*Server's Address*

Additional information regarding attempted service, etc:

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

---

*Jean A., et al.*

                *Plaintiffs*

                              *vs.*                      Case No.: 3:26-cv-30031-CLM

*Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.*

                *Defendants*

---

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Civil Cover Sheet with Addendum; Class Action Complaint for Vacatur, Preliminary and Permanent Injunctive Relief, and Declaratory Relief Under the Administrative Procedure Act and the Constitution with Exhibits; Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms; Memorandum of Law in Support of Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms with Exhibits; [Proposed] Order Granting Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms; Motion for Admission of Erez Reuveni Pro Hac Vice; Declaration of Erez Reuveni in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Jennie L. Kneedler Pro Hac Vice; Declaration of Jennie L. Kneedler in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Ryan Cooper Pro Hac Vice; Declaration of Ryan Cooper in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Robin F. Thurston Pro Hac Vice; Declaration of Robin F. Thurston in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Steven Y. Bressler Pro Hac Vice; Declaration of Steven Y. Bressler in Support of Motion for Admission Pro Hac Vice; Motion for Leave to File Memorandum Exceeding Twenty Pages; [Proposed] Order Granting Motion to Enlarge Pages; Motion for a Stay of Agency Action Under 5 U.S.C. § 705; Memorandum of Law in Support of Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705 with Exhibits; and [Proposed] Order Granting Stay Under 5 U.S.C. § 705

SERVE TO: Kristi Noem, in her official capacity as Secretary of Homeland Security

SERVICE ADDRESS: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Kristi Noem, in her official capacity as Secretary of Homeland Security, Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528 on 03/04/2026 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8562 65. Service was signed for on 03/09/2026, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>03/10/2026</u>

<u>Carrie Hollingshed</u>

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: Jean A. v. Noem*
*Job #:15393799*

**UNITED STATES
POSTAL SERVICE**

March 9, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 8562 65**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 9, 2026, 9:28 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | KRISTI NOEM  SECRETARY |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Kristi Noem, Secretary
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue, SE
Washington, DC 20528
Reference #: Jean A. v. Noem