Civil Action No.:  **3:26–CV–30031–CLM**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>U.S. Immigration and Customs Enforcement</u>

was received by me on (date)_____<u>03/03/2026</u>_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :
Service was completed by mailing a copy of the documents listed herein to U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536 on 03/04/2026 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8563 19. Service was signed for on 03/09/2026, electronic return receipt attached.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____<u>03/10/2026</u>_____       _____*Carrie Hollingshed*_____
Date                 *Server's Signature*

_____<u>Carrie Hollingshed, Private Process Server</u>_____
*Printed name and title*

<u>7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770</u>
*Server's Address*

Additional information regarding attempted service, etc:

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Jean A., et al.

          **Plaintiffs**

                            **vs.**                   Case No.: 3:26-cv-30031-CLM

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.

          **Defendants**

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Civil Cover Sheet with Addendum; Class Action Complaint for Vacatur, Preliminary and Permanent Injunctive Relief, and Declaratory Relief Under the Administrative Procedure Act and the Constitution with Exhibits; Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms; Memorandum of Law in Support of Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms with Exhibits; [Proposed] Order Granting Individual Plaintiffs' Motion for Leave to Proceed Under Pseudonyms; Motion for Admission of Erez Reuveni Pro Hac Vice; Declaration of Erez Reuveni in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Jennie L. Kneedler Pro Hac Vice; Declaration of Jennie L. Kneedler in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Ryan Cooper Pro Hac Vice; Declaration of Ryan Cooper in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Robin F. Thurston Pro Hac Vice; Declaration of Robin F. Thurston in Support of Motion for Admission Pro Hac Vice; Motion for Admission of Steven Y. Bressler Pro Hac Vice; Declaration of Steven Y. Bressler in Support of Motion for Admission Pro Hac Vice; Motion for Leave to File Memorandum Exceeding Twenty Pages; [Proposed] Order Granting Motion to Enlarge Pages; Motion for a Stay of Agency Action Under 5 U.S.C. § 705; Memorandum of Law in Support of Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705 with Exhibits; and [Proposed] Order Granting Stay Under 5 U.S.C. § 705

SERVE TO: U.S. Immigration and Customs Enforcement

SERVICE ADDRESS: 500 12th Street, SW, Washington, DC 20536

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536 on 03/04/2026 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8563 19. Service was signed for on 03/09/2026, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/10/2026

 

                                             Carrie Hollingshed

                                             Capitol Process Services, Inc.
                                       7500 Greenway Center Drive, Suite 420
                                       Greenbelt, Maryland 20770
                                       (202) 667-0050

**UNITED STATES**
**POSTAL SERVICE**

March 9, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 8563 19**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 9, 2026, 9:34 am |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  IMMIGRATION AND CUSTOMS ENFORCEMENT |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | R Gill  R Gil |
| Address of Recipient: | 20536 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Immigration and Customs Enforcement
500 12th Street, SW
Mail Stop 5902
Washington, DC 20536
Reference #: Jean A. v. Noem