AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Jean A., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cv-30031-MGM |
| Noem et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs
.

Date:  03/12/2026

/s/ Mevlüde Akay Alp
*Attorney's signature*

Mevlüde Akay Alp (pro hac vice: NY5149653)
*Printed name and bar number*

International Refugee Assistance Project,
One Battery Park Plaza, Fl. 33,
New York, NY 10004
*Address*

makayalp@refugeerights.org
*E-mail address*

646-988-9876
*Telephone number*

516-324-2267
*FAX number*