AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Jean A. et al., | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    3:26-cv-30031-RGS |
| Noem et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs    .

Date:     03/13/2026

/s/ Dalia Fuleihan
*Attorney's signature*

Dalia Fuleihan (pro hac vice: IL 6335082)
*Printed name and bar number*

International Refugee Assistance Project
P.O. Box 47611
Chicago, IL 60647

*Address*

dfuleihan@refugeerights.org
*E-mail address*

(646) 740-6271
*Telephone number*

(516) 324-2267
*FAX number*