**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.*,<br>          *Plaintiffs*,<br>v.<br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br>          *Defendants*. | Case No. 3:26-cv-30031 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Nathan Gargan of HIAS, Inc., 1359 Broadway Suite 810

New York, NY 10018, on behalf of proposed *amici curiae* HIAS in the above-captioned action.

Mr. Gargan certifies that she is admitted to practice in this Court.


Dated: 03/19/2026                                     Respectfully submitted,

                                                      */s/ Nathan S. Gargan*
                                                      Nathan S. Gargan (MA BBO 694877)
                                                      HIAS, Inc.
                                                      1359 Broadway, Suite 810
                                                      New York, NY 10018-7123
                                                      Telephone: 202.940.5714
                                                      Email: Nathan.gargan@hias.org


                                                      *Attorney for [Proposed] Amici Curiae HIAS*
                                                      *Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants on the Notice of Electronic Filing (NEF) on March 19, 2026.


/s/ Nathan S. Gargan
Nathan S. Gargan (BBO No. 694877)