**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| JEAN A., *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>   *Defendants*. |

Case No. 3:26-cv-30031-RGS

**NOTICE OF DEFENDANTS' FAILURE TO TIMELY RESPOND TO PENDING
MOTION FOR PRELIMINARY RELIEF**

Plaintiffs respectfully notify the Court that Defendants have failed to timely respond to

Plaintiffs' pending motions, including the motion for preliminary relief -- a request for a stay under

5 U.S.C. § 705 of the Administrative Procedure Act (APA) -- by the deadline to do so, March 19,

2026. The Court should therefore treat the motions as unopposed and grant Plaintiffs the requested

relief.

On February 27, 2026, Plaintiffs filed their Class Action Complaint for Vacatur,

Preliminary and Permanent Injunctive Relief, and Declaratory Relief Under the Administrative

Procedure Act and the Constitution and several motions, including a motion to stay agency action

under section 705 of the APA, a motion to enlarge pages, and a motion for leave to proceed under

pseudonyms. Dkts. 1-9. The Complaint and stay motion challenge Defendants' unlawful decision

to subject over 100,000 lawfully admitted refugees to warrantless arrests and mandatory, indefinite

detention without statutory authority and in violation of the Fourth and Fifth Amendments to the

U.S. Constitution. Dkt. 1 at ¶¶ 117-65; Dkt. 9-1 at 1-2, 9-36. The Complaint and stay motion

likewise explain the grave irreparable harms Plaintiffs and many thousands of refugees are

1

suffering while the challenged actions remain in effect and why the balance of equities strongly favors a stay. Dkt. 1 at ¶¶ 15-35; Dkt. 9-1 at 32-36.

Plaintiffs have served Defendants and have made repeated efforts to contact Defendants and ascertain their positions on the pending motions to no avail. In particular, Plaintiffs served the United States Attorney with the Complaint and pending motions via courier on March 5. Dkt. 40. Plaintiffs also served each Defendant. Dkts. 41-42. This followed multiple emails to Department of Justice (DOJ) attorneys to confer on the pending motions, including Acting Deputy Director for the Office of Immigration Litigation (OIL), Glenn Girdharry, Acting Senior Counsel for District Court Litigation for OIL, Benjamin Moss, Acting Assistant Director for OIL, Catherine Reno, and Chief of Defensive Litigation in the Civil Division at the United States Attorney's Office in the District of Massachusetts, Rayford Farquhar. Undersigned counsel emailed those DOJ attorneys on February 27, March 3, and March 5, 2026. AUSA Farquhar responded to some emails but stated he was unable to respond with Defendants' position on any of the motions.

Given the foregoing, Plaintiffs respectfully submit that Defendants have failed to timely file a response to the pending motions, including the motion for a 705 stay, and the Court should therefore deem that motion and the other pending motions unopposed and grant Plaintiffs relief.

//

//

Dated: March 20, 2026

Ghita Schwarz
Guadalupe Aguirre
Mevlüde Akay Alp
Kimberly Grano
Pedro Sepulveda
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
(646) 939-9169
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org

Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
650 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20001
(516) 732-7116
mhauptman@refugeerights.org

Dalia Fuleihan
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
(646) 740-6271
dfuleihan@refugeerights.org

/s/ Erez Reuveni
Erez Reuveni (CA Bar No. 264124)
Jennie L. Kneedler (DC Bar No. 500261)
Ryan Cooper (DC Bar No. 1645301)
Kali Schellenberg (MA BBO No. 694875)
Steven Y. Bressler (DC Bar No. 482492)
Robin F. Thurston (DC Bar No. 1531399)
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 316-9638 (Reuveni)
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
kschellenberg@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this March 20, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments. I also served the government with a true and correct copy of the foregoing by emailing the documents to four attorneys for the Department of Justice including: Rayford Farquhar at rayford.farquhar@usdoj.gov, Glenn Girdharry at glenn.girdharry@usdoj.gov, Benjamin Moss at benjamin.m.moss2@usdoj.gov, and Catherine Reno at catherine.m.reno@usdoj.gov, and will send a copy to Rayford Farquhar in the event Defendants decline to accept service by email.

*/s/ Erez Reuveni*
Erez Reuveni