AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| Jean A., et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    3:26-cv-30031-RGS |
| Kristi Noem, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:     03/23/2026

/s/ Robert E. Richardson
*Attorney's signature*

Robert E. Richardson
*Printed name and bar number*
Office of the U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Address*

Robert.Richardson@usdoj.gov
*E-mail address*

(617) 748-3247
*Telephone number*

*FAX number*