**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. et al., <br><br>      Plaintiffs, <br><br>      v. <br><br>KRISTI NOEM, U.S. Secretary of Homeland Security, et al., <br><br>      Defendants. | Civil Action No. 3:26-cv-30031-RGS |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: November 27, 2025      By:   */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3112
Email: Nicole.O'Connor@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: November 27, 2025                    By:    */s/ Nicole M. O'Connor*
                                                           Nicole M. O'Connor
                                                           Assistant United States Attorney