UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JEAN A., *et al.*

        Plaintiff(s),

   v.                                C.A. No.  26-30031-RGS

KRISTI L. NOEM, *et al.*

        Defendant(s).

_____

## **<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

Notice is hereby given that Assistant United States Attorney Robert Richardson withdraws

his appearance as counsel for the United States in the above-captioned matter.


Respectfully submitted,

LEAH B. FOLEY
United States Attorney


Dated: March 31, 2026          By:    */s/ Robert E. Richardson*
                                    Robert E. Richardson
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    617) 748-3247
                                    Robert.Richardson@usdoj.gov