UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEAN A., HAMAD B., MONA C., YASMINE D., SAM E., ABDO F., INTERNATIONAL INSTITUTE OF NEW ENGLAND, and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS,

Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,

Defendants.

Case No. 3:26-cv-30031-RGS

## JOINT STATEMENT REGARDING CASE SCHEDULE

Plaintiffs filed their Complaint on February 27, 2026, in which they challenge a memorandum jointly issued by United States Citizenship and Information Services (USCIS) and Immigration and Customs Enforcement (ICE), on February 18, 2026, titled "Detention of Refugees Who Have Failed to Adjust to Lawful Permanent Resident Status," and a separate memoranda issued by Acting Executive Associate Director for ICE, Marcos Charles, titled "Rescission of ICE Policy No. 11039.1: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status." *See* Compl., (ECF 1) ¶¶ 6-7. Plaintiffs challenge these memoranda under the Administrative Procedure Act and the Fourth and Fifth Amendments of the U.S. Constitution.  ECF 1 at ¶¶ 117-65.  Plaintiffs also filed a Motion For A Stay Of Agency Action Under 5 U.S.C. § 705, which this Court granted on March 23, 2026.  Doc. No. 50.  Respondents' deadline to file a responsive pleading is May 11, 2026.  Doc. No. 57.

The Parties have conferred and agree that this matter may be amenable to resolution by cross-motions for summary judgment.  The Parties have also conferred about the possibility that Plaintiffs may seek discovery in the event they believe the administrative record is incomplete or in support of their Fourth and Fifth Amendment claims.

Accordingly, having met and conferred, the Parties propose the following schedule for the Court's consideration:

1.    **Administrative Record**.  Defendants shall produce the Administrative Record by **May 15, 2026**.

2.    **Briefing Schedule.**

a.    Plaintiffs shall meet and confer with Defendants no later than **May 29, 2026** concerning any disputes regarding the administrative record or discovery. The parties shall attempt to resolve those disputes through conferral, including a schedule for supplementing the record or propounding discovery, if relevant. Should the parties be unable to resolve the issues through conferral, any motion from either party concerning that dispute shall be filed by **June 12, 2026.**  If such a motion is filed by either party, an opposition shall be due no later than **June 26, 2026.** Within three (3) days of the Court's resolution of any such motion(s) the Parties will confer and submit a proposed schedule for further proceedings, based on the court's ruling.

b.    If Plaintiffs do not file a motion to supplement the administrative record or seek discovery, then Plaintiffs shall file their Motion for Summary Judgment by **June 12, 2026**. Defendants will file their Opposition and Cross-Motion for Summary Judgment by **June 26, 2026**.  Plaintiffs shall file a consolidated Reply and Opposition by **July 10, 2026.**

3.    **Argument.**  The Parties respectfully request that should the Court wish to hear oral argument, that it schedule oral argument on the cross-motions for summary judgment at a date as soon as practicable after July 10, 2026.

4.    **Defendants' Answer**.  The Parties agree that the deadline for Defendants to file their Answer to the Complaint should be suspended until after resolution of the cross-motions for summary judgment, if the case is not resolved at that juncture, provided that Defendants will not raise the fact that no answer or responsive pleading has been filed as grounds to oppose discovery should Plaintiffs seek it.

Respectfully submitted,

LEAH B. FOLEY

United States Attorney

Dated: May 8, 2026                          By:    */s/ Nicole M. O'Connor*
                                                   NICOLE M. O'CONNOR
                                                   Assistant United States Attorney
                                                   U.S. Attorney's Office
                                                   1 Courthouse Way, Ste. 9200
                                                   Boston, MA 02210
                                                   (617) 748-3112
                                                   nicole.o'connor@usdoj.gov

Dated: May 8, 2026                          By:

Kimbery Grano                                      */s/ Erez Reuveni*
Ghita Schwarz                                      Erez Reuveni (CA Bar No. 264124)
Mevlüde Akay Alp                                   Jennie L. Kneedler (DC Bar No. 500261)
Pedro Sepulveda                                    Ryan Cooper (DC Bar No. 1645301)
Guadalupe V. Aguirre                               Kali Schellenberg (MA BBO No. 694875)
**INTERNATIONAL REFUGEE**                          Steven Y. Bressler (DC Bar No. 482492)
**ASSISTANCE PROJECT**                             Robin F. Thurston (DC Bar No. 1531399)
One Battery Plaza, 33rd floor                      **DEMOCRACY FORWARD FOUNDATION**
New York, New York 10004                           P.O. Box 34553
(646) 939-9169                                     Washington, DC 20043

kgrano@refugeerights.org
gschwarz@refugeerights.org
makayalp@refugeerights.org
psepulveda@refugeerights.org

Megan McLaughlin Hauptman*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
650 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20001
(516) 732-7116
mhauptman@refugeerights.org

Dalia Fuleihan*
**INTERNATIONAL REFUGEE
ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
646-740-6271
dfuleihan@refugeerights.org

Phone: (202) 573-7950 (Schellenberg)
kschellenberg@democracyforward.org
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I, Nicole M. O'Connor, Assistant U.S. Attorney, hereby certify that a copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated:          May 8, 2026                          */s/ Nicole M. O'Connor*
                                                     Nicole M. O'Connor
                                                     Assistant U.S. Attorney