UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEAN A., HAMAD B., MONA C., YASMINE D., SAM E., ABDO F., INTERNATIONAL INSTITUTE OF NEW ENGLAND, and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS,

Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,

Defendants.

Case No. 3:26-cv-30031-RGS

## JOINT MOTION FOR SCHEDULE FOR FURTHER PROCEEDINGS

On May 8, 2026, at the parties' joint request, the Court entered a scheduling order directing the parties to meet and confer by May 29, 2026 concerning any disputes regarding the administrative record or discovery, and to attempt to resolve those disputes through conferral, including a schedule for supplementing the record or propounding discovery, if relevant. *See* ECF 59.

The parties have met and conferred as ordered and following conferral do not agree as to whether discovery is appropriate or how to resolve that dispute. In short, Plaintiffs believe they are entitled to discovery beyond the administrative record concerning their constitutional claims. Defendants disagree.

Rather than resolve that dispute at this time through motion practice or otherwise, the parties have further conferred and believe that it may be more efficient for the Court and the parties

to permit the parties to litigate cross-motions for partial summary judgment, limited to Plaintiffs' non-constitutional claims (Counts I-IV).[1]

Accordingly the parties respectfully propose and request that the Court adopt the following proposed schedule for further proceedings:

- Plaintiffs file a motion for partial summary judgment as to their APA and *Accardi* claims (Counts I-IV) on July 24, 2026.

- Defendants file a cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment by August 24, 2026.

- Plaintiffs file an opposition to the cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment by September 23, 2026.

- Defendants file a reply in support of their cross-motion for summary judgment by October 23, 2026.

The parties further agree, should the Court wish to hear oral argument, to appear for argument at the Court's convenience, although they respectfully request an opportunity to propose a date range if convenient to the Court.

//

//

---

[1] Additionally, following the Court's resolution of the cross-motions for partial summary judgment, the parties have conferred and understand that either party may seek entry of partial final judgment so as to expedite any appeal.

Dated: June 10, 2026                    By:

Kimbery Grano                           */s/ Erez Reuveni*
Ghita Schwarz                           Erez Reuveni (CA Bar No. 264124)
Mevlüde Akay Alp                        Jennie L. Kneedler (DC Bar No. 500261)
Pedro Sepulveda                         Ryan Cooper (DC Bar No. 1645301)
Guadalupe V. Aguirre                    Kali Schellenberg (MA BBO No. 694875)
**INTERNATIONAL REFUGEE**               Steven Y. Bressler (DC Bar No. 482492)
**ASSISTANCE PROJECT**                  Robin F. Thurston (DC Bar No. 1531399)
One Battery Plaza, 33rd floor           **DEMOCRACY FORWARD**
New York, New York 10004                **FOUNDATION**
(646) 939-9169                          P.O. Box 34553
kgrano@refugeerights.org                Washington, DC 20043
gschwarz@refugeerights.org              Phone: (202) 573-7950 (Schellenberg)
makayalp@refugeerights.org              kschellenberg@democracyforward.org
psepulveda@refugeerights.org            ereuveni@democracyforward.org
laguirre@refugeerights.org              jkneedler@democracyforward.org
                                        rcooper@democracyforward.org
                                        sbressler@democracyforward.org
Megan McLaughlin Hauptman*              rthurston@democracyforward.org
**INTERNATIONAL REFUGEE**
**ASSISTANCE PROJECT**
650 Massachusetts Avenue, N.W.          *Counsel for All Plaintiffs*
Suite 600
Washington, D.C. 20001                  * Motion to appear *pro hac vice* forthcoming
(516) 732-7116
mhauptman@refugeerights.org

Dalia Fuleihan*
**INTERNATIONAL REFUGEE**
**ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
646-740-6271
dfuleihan@refugeerights.org

                                        Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

Dated: June 10, 2026          By:       */s/ draft*
                                        NICOLE M. O'CONNOR
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        1 Courthouse Way, Ste. 9200
                                        Boston, MA 02210
                                        (617) 748-3112
                                        nicole.o'connor@usdoj.gov

3

## CERTIFICATE OF SERVICE

I, Erez Reuveni, hereby certify that a copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: June 10, 2026                          */s/ Erez Reuveni*
                                              Erez Reuveni