# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN A., *et al.*<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*.<br><br>　　　　*Defendants*. | Case No. 3:26-cv-30031 RGS |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Gideon J. Duke-Cohan of Allen Overy Shearman Sterling US LLP as counsel of record for Plaintiffs Jean A, et al. in the above-captioned matter.

Dated: July 2, 2026

/s/ Gideon J. Duke-Cohan
Gideon J. Duke-Cohan (BBO# 716358)
ALLEN OVERY SHEARMAN STERLING US LLP
One Beacon Street
Boston, MA 02108
Tel: +1212-610-6353
Email: gideon.duke-cohan@aoshearman.com

*Attorney for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed electronically on July 2, 2026 and  will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ Gideon Duke-Cohan*