**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.* <br><br>             *Plaintiffs*, <br><br> v. <br><br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*. <br><br>            *Defendants*. | Case No. 3:26-cv-30031 RGS |

**PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF
JOHN NATHANSON, EMILY WESTRIDGE BLACK, ANDREW TANNENBAUM, AND
LEILA SIDDIKY**

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of their counsel John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky as counsel for Plaintiffs in the above-titled action. As grounds, Plaintiffs state that:

1. Mr. John Nathanson is admitted to practice law with the bars of the State of New York, and the United States Supreme Court, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States Court of Appeals for the Second Circuit. As set forth in John Nathanson's declaration, attached as **Exhibit A**, he is admitted and an active member in good standing with all bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission

1

to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

2. Ms. Emily Westridge Black is admitted to practice law with the bar of the State of Texas, United States District Court for the Northern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, and United States District Court for the District of Colorado. As set forth in Emily Westridge Black's declaration, attached as **Exhibit B,** she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

3. Mr. Andrew Tannenbaum is admitted to practice law with the bars of the State of New York and the United States District Court for the Southern District of New York. As set forth in Andrew Tannenbaum's declaration, attached as **Exhibit C,** he is admitted and an active member in good standing with the bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

4. Ms. Leila Siddiky is admitted to practice law with the bars of the State of New York, and the United States District Court for the Southern District of New York, United States District Court

for the Eastern District of New York, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Sixth Circuit. As set forth in Leila Siddiky's declaration, attached as **Exhibit D,** she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Gideon J. Duke-Cohan, an active and sponsoring member of the Bar of this Court. Plaintiffs respectfully request that this Court grant the admission of attorneys John Nathanson, Emily Westridge Black, Andrew Tannenbaum, and Leila Siddiky *pro hac vice* to the Bar of this Court.

Dated: July 2, 2026          Respectfully submitted,
       Boston, MA

                             By:   */s/ Gideon J. Duke-Cohan*
                             Gideon J. Duke-Cohan (BBO# 716358) ALLEN
                             OVERY SHEARMAN STERLING US LLP
                             One Beacon Street
                             Boston, MA 02108
                             Tel: +1212-610-6353
                             Email: gideon.duke-cohan@aoshearman.com

                             *Attorney for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed electronically on July 2, 2026 and  will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ Gideon Duke-Cohan*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.*<br><br>          *Plaintiffs*,<br><br>v.<br><br><br><br>KRISTI NOEM, in her official capacity<br>as Secretary of Homeland Security, *et al*.<br><br>          *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF JOHN NATHANSON IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

I, John Nathanson, hereby certify and state:

1.      I am a partner at Allen Overy Shearman Sterling US LLP.

2.      My business address is 599 Lexington Avenue, New York, NY 10022.  My business telephone number is: (212) 848 8611.  My business fax is: (646) 848 7179.  My email address is: john.nathanson@aoshearman.com.

3.      I am a member in good standing of the Bars of:

   a.   New York;

   b.   United States Supreme Court;

   c.   United States District Court for the Southern District of New York;

1

    d.  United States District Court for the Eastern District of New York; and

    e.  United States Court of Appeals for the Second Circuit.

4.    I have no pending disciplinary proceedings against me in any jurisdiction.

5.    I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before, any bar, or before this Court or any other court.

6.    I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

7.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2026            Respectfully submitted,
      New York, NY

                          By: */s/ John Nathanson*
                          John Nathanson (NY Bar No. 2630697)
                          ALLEN OVERY SHEARMAN STERLING US LLP
                          599 Lexington Avenue
                          New York, NY 10022
                          Tel: (212) 848 4000
                          Email: john.nathanson@aoshearman.com

                          *Attorney for Plaintiffs*

2

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.* | |
| *Plaintiffs*, | |
| v. | Case No. 3:26-cv-30031 |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.* | |
| *Defendants*. | |

**DECLARATION OF EMILY WESTRIDGE BLACK IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

I, Emily Westridge Black, hereby certify and state:

1.    I am a partner at Allen Overy Shearman Sterling US LLP.

2.    My business address is 300 West 6th Street, Suite 2250, Austin, TX 78701. My business telephone number is: (512) 647 1909. My email address is: emily.westridgeblack@aoshearman.com.

3.    I am a member in good standing of the Bars of:

   a.   The State of Texas;

   b.   United States Court of Appeals for the Fifth Circuit;

   c.   United States District Court for the Northern District of Texas;

1

d.  United States District Court for the Western District of Texas;

e.  United States District Court for the Eastern District of Texas;

f.  United States District Court for the Southern District of Texas; and

g.  United States District Court for the District of Colorado.

4.  I have no pending disciplinary proceedings against me in any jurisdiction.

5.  I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before, any bar, or before this Court or any other court.

6.  I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.


Dated:   July 2, 2026            Respectfully submitted,
         Austin, TX



By: */s/ Emily Westridge Black*


2

Emily Westridge Black
(TX Bar No. 24060815)
ALLEN OVERY SHEARMAN STERLING US LLP
300 W 6th St, 22 Floor
Austin, TX 78701
Tel: (512) 647 1909
Email: emily.westridgeblack@aoshearman.com

*Attorney for Plaintiffs*

3

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.*<br><br>       *Plaintiffs*,<br><br>v.<br><br><br>KRISTI NOEM, in her official capacity<br>as Secretary of Homeland Security, *et al.*<br><br>       *Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF ANDREW TANNENBAUM IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

I, Andrew Tannenbaum, hereby certify and state:

1. I am a Partner at Allen Overy Shearman Sterling US LLP.

2. My business address is 599 Lexington Avenue, New York, NY 10022. My business telephone number is: (212) 756 1157. My business fax is: (646) 848 7179. My email address is: andrew.tannenbaum@aoshearman.com.

3. I am a member in good standing of the Bars of:

   a. New York; and

   b. United States District Court for the Southern District of New York.

4. I have no pending disciplinary proceedings against me in any jurisdiction.

1

5.    I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

6.    I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

7.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2026                                     Respectfully submitted,
       New York, NY


                                                By: */s/ Andrew Tannenbaum*
                                                Andrew Tannenbaum (NY Bar No. 3940434)
                                                ALLEN OVERY SHEARMAN STERLING US LLP
                                                599 Lexington Avenue
                                                New York, NY 10022
                                                Tel: (212) 848 4000
                                                Email: andrew.tannenbaum@aoshearman.com

                                                *Attorney for Plaintiffs*

2

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*

     *Plaintiffs*,

v.

Case No. 3:26-cv-30031

KRISTI NOEM, in her official capacity
as Secretary of Homeland Security, *et al*.

     *Defendants*.

**DECLARATION OF LEILA SIDDIKY IN SUPPORT OF MOTION FOR
<u>ADMISSION *PRO HAC VICE*</u>**

I, Leila Siddiky, hereby certify and state:

1.    I am a partner at Allen Overy Shearman Sterling US LLP.

2.    My business address is 599 Lexington Avenue, New York, NY 10022.  My business telephone number is: (212) 848 7299.  My business fax is: (646) 848 7179.  My email address is: leila.siddiky@aoshearman.com.

3.    I am a member in good standing of the Bars of:

    a.  New York;

    b.  United States District Court for the Southern District of New York;

    c.  United States District Court for the Eastern District of New York;

    d.  United States District Court for the Eastern District of Michigan;

1

e.  United States District Court for the Western District of Michigan;

f.  United States Court of Appeals for the Second Circuit;

g.  United States Court of Appeals for the Fifth Circuit; and

h.  United States Court of Appeals for the Sixth Circuit.

4.  I have no pending disciplinary proceedings against me in any jurisdiction.

5.  I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

6.  I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.


Dated:    July 2, 2026            Respectfully submitted,
          New York, NY



                                  By:    /s/ *Leila Siddiky*
                                       _____

2

Leila Siddiky (NY Bar No. 5225164)
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848 7299
Email: leila.siddiky@aoshearman.com


*Attorney for Plaintiffs*