**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.*<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br><br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*.<br><br>　　　　　　*Defendants*. | Case No. 3:26-cv-30031 RGS |

**NOTICE OF APPEARANCE**

　　　Please enter the appearance of John Nathanson of Allen Overy Shearman Sterling

US LLP as counsel of record for Plaintiffs Jean A, et al. in the above-captioned matter.

Dated: July 9, 2026

*/s/ John Nathanson*

John Nathanson (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Tel: +1212-848-4000
Emails: john.nathanson@aoshearman.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed electronically on July 9, 2026 and will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ John Nathanson*