## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN A., *et al.* <br><br>       *Plaintiffs*, <br><br> v. <br><br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*. <br><br>       *Defendants*. | Case No. 3:26-cv-30031 RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Emily Westridge Black of Allen Overy Shearman Sterling US LLP as counsel of record for Plaintiffs Jean A, et al. in the above-captioned matter.

Dated: July 9, 2026

/s/ Emily Westridge Black
Emily Westridge Black (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
300 W 6th St, 22 Floor
Austin, TX 78701
Tel: +1512-647-1909
Email: emily.westridgeblack@aoshearman.com

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on July 9, 2026 and will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ Emily Westridge Black*

2