**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A., *et al.*<br><br>　　　*Plaintiffs*,<br><br>v.<br><br><br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*.<br><br>　　　*Defendants*. | Case No. 3:26-cv-30031 RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Leila Siddiky of Allen Overy Shearman Sterling US

LLP as counsel of record for Plaintiffs Jean A, et al. in the above-captioned matter.

Dated: July 9, 2026

/s/ Leila Siddiky
Leila Siddiky (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US
LLP
599 Lexington Avenue
New York, NY 10022
Tel: +1212-848-4000
Emails: leila.siddiky@aoshearman.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document was filed electronically on July 9, 2026 and  will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ Leila Siddiky*