**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.* <br><br>     *Plaintiffs*, <br><br> v. <br><br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*. <br><br>     *Defendants*. | Case No. 3:26-cv-30031 RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew Tannenbaum of Allen Overy Shearman Sterling US LLP as counsel of record for Plaintiffs Jean A, et al. in the above-captioned matter.

Dated: July 21, 2026

/s/ Andrew Tannenbaum
Andrew Tannenbaum (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Tel: +1212-848-4000
Emails: andrew.tannenbaum@aoshearman.com

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on July 21, 2026 and  will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ Andrew Tannenbaum*