UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEAN A., HAMAD B., MONA C., YASMINE D., SAM E., ABDO F., INTERNATIONAL INSTITUTE OF NEW ENGLAND, and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS,

        Plaintiffs,

    v.

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,

        Defendants.

Case No. 3:26-cv-30031-RGS

## **JOINT MOTION FOR ENLARGEMENT OF PAGES**

Pursuant to Local Rule 7.1(b)(4), the parties, having met and conferred, hereby jointly move for leave to file overlength memoranda in support of their respective motions for summary judgment and subsequent briefs. *See* ECF 61 (setting summary judgment briefing schedule).

The parties have good cause to request leave to file overlength briefs given: (1) the issues presented in this case, which implicate the government's authority, or lack thereof, to arrest without warrant and detain without bond refugees lawfully admitted to this country; (2) the detailed statutory and regulatory regime at issue; (3) the four counts at issue in the forthcoming motions, which span multiple theories under the Immigration and Nationality Act and the Administrative Procedure Act; and  (4) the administrative record, not previously at issue in this case, which the parties must address in their briefing.

The parties respectfully submit that additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented. Granting this Motion will not result in any prejudice, to either party.

Accordingly, the parties respectfully request that this Court grant this motion for leave to file overlength briefs as follows:

- The memorandum in support of Plaintiffs' motion for summary judgment shall be limited to up to 40 pages.

- The memorandum in support of Defendants' motion for summary judgment and in opposition to Plaintiffs' motion shall be limited to up to 40 pages.

- Plaintiffs' memorandum in opposition to Defendants' summary judgment motion and reply memorandum shall be limited to up to 40 pages.

- Defendants' reply memorandum shall be limited to up to 25 pages.

//

//

Dated: July 22, 2026                                By:

Ghita Schwarz (NY Bar No. 3030087)*  */s/ Erez Reuveni*
Guadalupe Aguirre (NY Bar No. 5536107)* Erez Reuveni (CA Bar No. 264124)*
Mevlüde Akay Alp (NY Bar No. 5149653)* Jennie L. Kneedler (DC Bar No. 500261)*
Kimberly Grano  (NY Bar No. 5858808)*  Ryan Cooper (DC Bar No. 1645301)*
Pedro Sepulveda  (NY Bar No. 6198550)*  Kali Schellenberg (MA BBO No. 694875)
**INTERNATIONAL REFUGEE**    Steven Y. Bressler (DC Bar No. 482492)*
**ASSISTANCE PROJECT**      Robin F. Thurston (DC Bar No. 1531399)*
One Battery Plaza, 33rd floor     **DEMOCRACY FORWARD**
New York, New York 10004     **FOUNDATION**
(646) 939-9169         P.O. Box 34553
gschwarz@refugeerights.org     Washington, DC 20043
laguirre@refugeerights.org      Phone: (202) 316-9538
makayalp@refugeerights.org     ereuveni@democracyforward.org
kgrano@refugeerights.org      jkneedler@democracyforward.org
psepulveda@refugeerights.org    rcooper@democracyforward.org
              kschellenberg@democracyforward.org
Dalia Fuleihan (IL Bar No. 6335082)*  sbressler@democracyforward.org
**INTERNATIONAL REFUGEE**    rthurston@democracyforward.org
**ASSISTANCE PROJECT**
P.O. Box 47611         *Counsel for All Plaintiffs*
Chicago, IL 60647        * Admitted *pro hac vice*
646-740-6271
dfuleihan@refugeerights.org

            Respectfully submitted,

            LEAH B. FOLEY
            United States Attorney

Dated: July 22, 2026                       By: */s/ Nicole O'Connor*
            NICOLE M. O'CONNOR
            Assistant United States Attorney
            U.S. Attorney's Office
            1 Courthouse Way, Ste. 9200
            Boston, MA 02210
            (617) 748-3112
            nicole.o'connor@usdoj.gov

## CERTIFICATE OF SERVICE

I, Erez Reuveni, hereby certify that a copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: July 22, 2026                    */s/ Erez Reuveni*
                                        Erez Reuveni