**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A. *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security, *et al.*,<br><br>   *Defendants*. | Case No. 3:26-cv-30031 |

**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE PAGES**

IT IS HEREBY ORDERED that the parties' motion to file briefs in excess of the page limits is GRANTED as follows:

- The memorandum in support of Plaintiffs' motion for summary judgment shall be limited to up to 40 pages.

- The memorandum in support of Defendants' motion for summary judgment and opposition to Plaintiffs' motion shall be limited to up to 40 pages.

- Plaintiffs' memorandum in opposition to Defendants' summary judgment motion and reply memorandum shall be limited to up to 40 pages.

- Defendants' reply memorandum shall be limited to up to 25 pages.

          _____
          United States District Judge