## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JEAN A. *et al.*,

      *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*,

      *Defendants*.

Case No. 3:26-cv-30031

**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT**

IT IS HEREBY ORDERED that Plaintiffs' motion for summary judgment on Counts I-IV of the Complaint is GRANTED and that Defendants' motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that the *Rescission ICE Policy No. 11039.1: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status (May 10, 2010*) Memorandum dated December 18, 2025 and the *Detention of Refugees Who Have Failed to Adjust to Lawful Permanent Resident Status* Memorandum dated February 18, 2026 are HEREBY VACATED and SET ASIDE.

IT IS FURTHER ORDERED and DELCARED that the *Rescission ICE Policy No. 11039.1: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status (May 10, 2010*) Memorandum dated December 18, 2025 and the *Detention of Refugees Who Have Failed to Adjust to Lawful Permanent Resident Status* Memorandum dated February 18, 2026 are UNLAWFUL because (1) Defendants lack legal authority under the INA to arrest or detain refugees absent pending removal proceedings, (2) the memoranda are contrary to binding agency regulations, (3) the memoranda did not undergo

required notice and comment procedures, and (4) the memoranda are arbitrary and capricious under the APA.

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge