**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JEAN A., *et al.* <br><br>          *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*. <br><br>          *Defendants*. | Case No. 3:26-cv-30031-RGS |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Jean A., Hamad B., Mona C., Yasmine D., Sam E. and Abdo F. ("Individual Plaintiffs"), on behalf of themselves and all others similarly situated, move for class certification under Federal Rules of Civil Procedure 23(a) and 23(b)(2). The proposed class consists of:

> All individuals with refugee status who have not yet adjusted to lawful permanent resident ("LPR") status and who have been or will be detained pursuant to the Refugee Detention Policy.

In support of the Motion, Individual Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Pedro Sepulveda in Support of Plaintiffs' Motion for Partial Summary Judgment and Class Certification and the exhibits attached thereto.

Plaintiffs further move for the appointment of the undersigned counsel as class counsel pursuant to Federal Rule of Civil Procedure 23(g).

In the alternative, if the Court finds Plaintiffs have not established the requirements for certification, Plaintiffs request class discovery.

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Counsel respectfully asks the Court for a hearing on this motion.

## CERTIFICATION WITH RESPECT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certify that counsel for Plaintiffs conferred with counsel for Defendants in a good faith effort to narrow or resolve the relief requested by this motion. Counsel for Defendants opposes this motion.

Dated: July 24, 2026

By:
*/s/ John Nathanson*

Ghita Schwarz (NY Bar No. 3030087)*
Guadalupe Aguirre (NY Bar No. 5536107)*
Mevlüde Akay Alp (NY Bar No. 5149653)*
Kimberly Grano (NY Bar No. 5858808)*
Pedro Sepulveda (NY Bar No. 6198550)*
International Refugee Assistance Project
One Battery Plaza, 33rd Floor
New York, New York 10004
(646) 939-9169
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan (IL Bar No. 6335082)*
International Refugee Assistance Project
P.O. Box 47611
Chicago, Il 60647
646-740-6271
dfuleihan@refugeerights.org

Erez Reuveni (CA Bar No. 264124)*
Jennie L. Kneedler (DC Bar No. 500261)*
Ryan Cooper (DC Bar No. 1645301)*
Kali Schellenberg (MA BBO No. 694875)
Steven Y. Bressler (DC Bar No. 482492)*
Robin F. Thurston (DC Bar No. 1531399)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
202-316-9538
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
kschellenberg@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
Allen Overy Shearman Sterling US LLP
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (BBO# 716358)
Allen Overy Shearman Sterling US LLP
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

*Counsel for All Plaintiffs*
* Admitted *Pro Hac Vice*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 24, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ John Nathanson
John Nathanson

4