**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A., *et al.*,<br><br><br>*Plaintiffs*,<br><br><br>v.<br><br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br><br>*Defendants*. | Case No. 3:26-cv-30031 |

**DECLARATION OF PEDRO SEPULVEDA
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT AND
CLASS CERTIFICATION**

I, Pedro Sepulveda, hereby declare:

1.  I am over eighteen years of age and competent to make this declaration.

2.  I am an attorney at the International Refugee Assistance Project ("IRAP").

3.  Attached hereto as exhibits are true and correct copies of the following:

| Exhibit | Document |
|---|---|
| A | USCIS, *Handbook for Employers M-274 - 7.3 Refugees and Asylees, available at* https://www.uscis.gov/i-9-central/form-i-9-resources/handbook-for-employers-m-274/70-evidence-of-employment-authorization-for-certain-categories/73-refugees-and-asylees |
| B | *Aliens and Nationality; Refugee and Asylum Procedures*, 46 Fed. Reg. 45,116 (Sept. 10, 1981) (Final Rules) |
| C | *Aliens and Nationality; Refugee and Asylum Procedures*, 45 Fed. Reg. 37,392 (June 2, 1980) (Interim Regulations) |

| D | David A. Martin, INS General Counsel's Office, Legal Opinion No. 97-2: Opinion on whether a personal interview is required for all refugee and asylee adjustment of status applications under INA § 209, 9 Immigration Law Service 2d PSD 1997 (1997) |
|---|---|
| E | Adjustment of Status of Refugees and Asylees: Processing Under Direct Mail Program, 63 Fed. Reg. 30,105 (1998) |
| F | Search results for "refugee" in Federal Register: 493 results (July 21, 2026) |
| G | Joseph B. Edlow, *Reinterview of Certain Refugees Admitted to the United States and an Immediate Hold on Certain Refugees with a Pending I-485 Application to Register Permanent Residence or Adjust Status* (Nov. 21, 2025) |
| H | USCIS, PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* (Dec. 2, 2025), https://perma.cc/VG95-6Z2V (archived Feb. 25, 2026) |
| I | USCIS, PM-602-0194, *Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries* (Jan. 1, 2026), https://perma.cc/FMR8-7M86 (archived Feb. 25, 2026) |
| J | USCIS, DHS Launches Landmark USCIS Fraud Investigation in Minnesota (Jan. 9, 2026), https://perma.cc/X2VN-DNDA (archived Feb. 25, 2026) |
| K | Supplemental Declaration of Plaintiff Jean A. (July 21, 2026) |
| L | Supplemental Declaration of Plaintiff Hamad B. (July 17, 2026) |
| M | Supplemental Declaration of Plaintiff Mona C. (July 17, 2026) |
| N | Supplemental Declaration of Plaintiff Yasmine D.  (July 20, 2026) |
| O | Supplemental Declaration of Plaintiff Sam E. (July 20, 2026) |
| P | Supplemental Declaration of Plaintiff Abdo F. (July 21, 2026) |
| Q | Supplemental Declaration of Plaintiff International Institute of New England ("IINE") (July 22, 2026) |
| R | Supplemental Declaration of Plaintiff Jewish Family Services-Western Massachusetts ("JFS-WMA") (July 22, 2026) |
| S | Defendant USCIS Certified Administrative Record |
| T | Defendant ICE Certified Administrative Record |
| U | Defendant USCIS Certification of Index to Administrative Record |
| V | Defendant ICE Certification of Index to Administrative Record |
| W | Declaration of Erez Reuveni in support of Plaintiffs' Motion for Class Certification |
| X | Declaration of John Nathanson in support of Plaintiffs' Motion for Class Certification |
| Y | Declaration of Ghita Schwarz in support of Plaintiffs' Motion for Class Certification |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Brooklyn, New York on 24 of July, 2026.

/s/ *Pedro Sepulveda*

Pedro Sepulveda

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 24, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ *Pedro Sepulveda*

Pedro Sepulveda