UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEAN A., HAMAD B., MONA C., YASMINE D., SAM E., ABDO F., INTERNATIONAL INSTITUTE OF NEW ENGLAND, and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS,

Plaintiffs,

v.

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,

Defendants.

Case No. 3:26-cv-30031-RGS

**DEFENDANTS' ASSENTED TO MOTION TO AMEND BRIEFING SCHEDULE**

Defendants respectfully move this Court to amend the briefing schedule in this matter as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment | August 24, 2026 | September 14, 2026 |
| Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment | September 23, 2026 | October 15, 2026 |
| Defendants reply in support of their cross-motion for summary judgment | October 23, 2026 | November 5, 2026 |

In support of this Motion, Defendants submit that, due to internal staffing changes, as well as the scheduled departure of the undersigned Assistant United States Attorney at the end of August, additional time is needed for the government to prepare its cross-motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment.

Undersigned counsel has conferred with counsel for Plaintiffs, who assented to the relief requested herein.

WHEREFORE, Defendants respectfully request that the briefing schedule in this matter be amended as described above.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 19, 2026

By: */s/ draft*
NICOLE M. O'CONNOR
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3112
nicole.o'connor@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that a copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: August 19, 2026

*/s/ draft*
Nicole M. O'Connor
Assistant U.S. Attorney