**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| JEAN A., *et al.*,<br>Plaintiff,<br>v.<br>KRISTI NOEM, *et al.*,<br>Respondents. | Civil Action No. 3:26-cv-30031-RGS |

**NOTICE OF WITHDRAWAL**

Notice is hereby given that Assistant United States Attorney Robert E. Richardson withdraws his appearance as counsel for the United States in the above-captioned matter. An Assistant United States Attorney from the United States Attorney's Office for the District of Massachusetts will be entering their appearance as counsel for the Respondents in the near future and will continue to represent the government in this case.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 26, 2026

By: */s/ Robert E. Richardson*
ROBERT E. RICHARDSON
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Robert.Richardson@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Robert Richardson, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 26, 2026

By: */s/ Robert E. Richardson*
ROBERT E. RICHARDSON
Assistant United States Attorney