**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JEAN A.; HAMAD B.; MONA C.; YASMINE D.; SAM E.; ABDO F.; INTERNATIONAL INSTITUTE OF NEW ENGLAND; and JEWISH FAMILY SERVICE OF WESTERN MASSACHUSETTS,

Plaintiffs,

v.

MARKWAYNE MULLIN,[1] *in his official capacity as Secretary of the Department of Homeland Security*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, TODD LYONS, *in his official capacity as Senior Official Performing the Duties of the Director of ICE*; and JOSEPH B. EDLOW, *in his official capacity as the Director of USCIS*,

Defendants.

Civil Action No. 3:26-cv-30031-RGS

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully move this Court, under Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment in their favor on Counts I-IV of the Complaint (ECF Doc.

[1]Secretary of Homeland Security Markwayne Mullin has been automatically substituted for former Secretary Kristi Noem. Fed. R. Civ. P. 25(d).

No. 1), and oppose Plaintiffs' motion for partial summary judgment on the same counts. As grounds for their motion for summary judgment, Defendants rely upon the reasons set forth in their accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court deny Plaintiffs' motion for summary judgment and grant Defendants' motion for summary judgment on Counts I-IV of the Complaint.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: September 14, 2026 By: /s/ Shawna Yen
Shawna Yen
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 14, 2026 By: /s/ Shawna Yen
Shawna Yen
Assistant United States Attorney