**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 3:26-cv-30031-RGS |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

Pursuant to Local Rule 7.1(b)(3), and after conferring with Defendants, Plaintiffs Jean A., Hamad B., Mona C., Yasmine D., Sam E., and Abdo F. (together, "Plaintiffs") respectfully request leave to file a reply memorandum ("Reply") responding to Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (ECF No. 82) ("Opposition") totaling up to eight (8) pages and to be filed within five (5) business days from the filing of an order granting the instant Motion. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Motion for Class Certification (ECF No. 72) and memorandum of law in support (ECF No. 76) in the above-captioned action on July 24, 2026.

2. Defendants were required to file an opposition, if any, on or before August 7, 2026. Local Rule 7.1(b)(2). Defendants failed to do so, thereby waiving all non-jurisdictional arguments in opposition to class certification. *See, e.g.*, *Labranche v. U.S. Liberty Ins. Co.*, 786 F. Supp. 3d 262, 270 (D. Mass. 2025) ("Local Rule 7.1(B)(2) requires a party to file an opposition within 14 days after service of the motion. When a party fails to meet this deadline, 'a court may consider

the motion unopposed, or the opposition waived and allow the motion.'" (citation omitted)).

3. The Parties filed their proposed amended briefing schedule relating to summary judgment motions on August 19, 2026 (ECF No. 77).

4. The Court granted the Parties' proposed amended briefing schedule on August 21, 2026 (ECF No. 78).

5. Defendants, without leave of Court, filed the Opposition (ECF No. 82) on September 14, 2026—more than five weeks after their filing deadline.

6. Defendants' untimely Opposition raised new arguments on Article III standing and incorrectly articulated Plaintiffs' burden to show numerosity under Fed. R. Civ. P. 23(a)(1).

7. Plaintiffs request leave to file a tailored reply brief to respond to the untimeliness of Defendants' non-jurisdictional arguments, and to other arguments raised by Defendants. *See Echavarria v. Roach*, 565 F. Supp. 3d 51, 82 (D. Mass. 2021) ("[A] party may use a reply brief to clarify arguments previously made or to respond to an argument an opposing party raises in an opposition." (citation omitted)). Plaintiffs' proposed Reply is attached as **Exhibit A**.

Accordingly, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file a reply in support of Plaintiffs' Motion for Class Certification.

**CERTIFICATION WITH RESPECT TO LOCAL RULE 7.1(a)(2)**

The undersigned hereby certifies that counsel for Plaintiffs conferred with counsel for Defendants in a good faith effort to narrow or resolve the relief requested by this Motion. Counsel for Defendants does not oppose this Motion.

Dated: October 15, 2026

By:

*/s/ John Nathanson*

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (MA BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

Ghita Schwarz (NY Bar No. 3030087)*
Guadalupe Aguirre (NY Bar No. 5536107)*
Mevlüde Akay Alp (NY Bar No. 5149653)*
Kimberly Grano (NY Bar No. 5858808)*
Pedro Sepulveda (NY Bar No. 6198550)*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd Floor
New York, New York 10004
646-939-9169
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org

Dalia Fuleihan (IL Bar No. 6335082)*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
646-740-6271
dfuleihan@refugeerights.org

Erez Reuveni (CA Bar No. 264124)*
Jennie L. Kneedler (DC Bar No. 500261)*
Ryan Cooper (DC Bar No. 1645301)*
Kali Schellenberg (MA BBO No. 694875)
Steven Y. Bressler (DC Bar No. 482492)*
Robin F. Thurston (DC Bar No. 1531399)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
202-316-9538
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
kschellenberg@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, John Nathanson, hereby certify that on October 15, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: October 15, 2026
New York, NY

Respectfully submitted,

By: */s/ John Nathanson*
John Nathanson