**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*,

*Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

*Defendants*.

Case No. 3:26-cv-30031

**PLAINTIFFS' MOTION TO PROVIDE REMOTE PUBLIC ACCESS FOR HEARING ON DECEMBER 1, 2026**

Plaintiffs respectfully request that this Court authorize a public access line (or virtual meeting link) for the upcoming December 1, 2026, hearing on Plaintiffs' motions for summary judgment and class certification. *See* Doc. No. 92. As Plaintiffs have alleged in their complaint, Doc. No. 1, and in their briefing in support of their Motion for a Summary Judgement, Doc. Nos. 74, 87, this case involves important issues of urgent concern to over 100,000 unadjusted refugees in the United States. In addition, Plaintiffs and counsel, several of whom cannot attend the hearing in person, have an interest in observing the hearing. Plaintiffs' counsel contacted counsel for Defendants regarding this request but were unable to obtain their position.

Plaintiffs International Institute of New England and Jewish Family Services of Western Massachusetts are non-profit organizations that employ and serve many individuals located across the state with a profound interest in the legality of the rules challenged in this litigation. Similarly, several named Plaintiffs cannot attend the December 1 hearing in person. Five

individual Plaintiffs reside in other states, and all individual Plaintiffs have been granted permission to proceed under pseudonyms, *see* Doc No. 52, and may risk being identified as plaintiffs should they attend in person. A public access line would allow all Plaintiffs, including the organizational Plaintiffs' staff and members, for whom in-person attendance is not feasible, to access these proceedings.

In addition, there is a substantial public interest in these proceedings, and the Trump administration's Refuge Detention Policy and related policies targeting of refugees have garnered nationwide attention.[1] Our Constitution has long recognized the importance of the public's access to the courtroom. *See, e.g.*, *Craig v. Harney*, 331 U.S. 367, 374 (1947) (noting that "[w]hat transpires in the court room is public property"). And providing additional access to the hearing in this case will help ensure that the "discussion of government affairs is an informed one." *Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 604-05 (1982) (internal citation and quotation omitted).

Lastly, providing a public access line would allow additional Plaintiffs' counsel located in other states and who cannot travel to Boston to access these proceedings. For all these reasons, Plaintiffs respectfully request that this Court consider providing a public access line for the hearing on December 1, 2026.

Dated: November 23, 2026 Respectfully submitted,

[1] *See, e.g.*, Gisela Salomon, et al., *These Refugees Were Already Admitted to the U.S. The Trump Administration Is Detaining & Questioning Them Anyway*, PBS News (Feb. 27, 2026), https://www.pbs.org/newshour/nation/these-refugees-were-already-admitted-to-the-u-s-the-trump-administration-is-detaining-and-questioning-them-anyway; Ximena Bustillo, *Refugees in the U.S. could be arrested under a new immigration memo*, NPR News (Feb. 19, 2026), https://www.npr.org/2026/02/19/g-s1-110721/trump-administration-refugees-memo-arrest .*See also* Sophie Brams, *Trump Administration Sued Over Refugee Policy Changes*, The Hill (Oct. 26, 2026), https://thehill.com/regulation/court-battles/6172794-advocacy-groups-sue-trump-refugee-policy/; Billal Rahman, *Refugee Green Card 'Freezing' Hit With Class Action Lawsuit*, Newsweek (Oct. 27, 2026), https://www.newsweek.com/refugee-green-card-freezing-hit-with-class-action-lawsuit-12622919;

*/s/ Dalia Fuleihan*
Dalia Fuleihan (IL Bar No. 6335082)*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
P.O. Box 47611
Chicago, IL 60647
646-740-6271
dfuleihan@refugeerights.org

Ghita Schwarz (NY Bar No. 3030087)*
Guadalupe Aguirre (NY Bar No. 5536107)*
Mevlüde Akay Alp (NY Bar No. 5149653)*
Kimberly Grano (NY Bar No. 5858808)*
Pedro Sepulveda (NY Bar No. 6198550)*
**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
One Battery Plaza, 33rd floor
New York, New York 10004
(646) 939-9169
gschwarz@refugeerights.org
laguirre@refugeerights.org
makayalp@refugeerights.org
kgrano@refugeerights.org
psepulveda@refugeerights.org
mhauptman@refugeerights.org

John Nathanson (NY Bar No. 2630697)*
Andrew Tannenbaum (NY Bar No. 3940434)*
Leila Siddiky (NY Bar No. 5225164)*
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
212-848-4000
john.nathanson@aoshearman.com
andrew.tannenbaum@aoshearman.com
leila.siddiky@aoshearman.com

Emily Westridge Black (TX Bar No. 24060815)*

Erez Reuveni (CA Bar No. 264124)*
Jennie L. Kneedler (DC Bar No. 500261)*
Ryan Cooper (DC Bar No. 1645301)*
Kali Schellenberg (MA BBO No. 694875)
Steven Y. Bressler (DC Bar No. 482492)*
Robin F. Thurston (DC Bar No. 1531399)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 316-9538
ereuveni@democracyforward.org
jkneedler@democracyforward.org
rcooper@democracyforward.org
kschellenberg@democracyforward.org
sbressler@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*
* Admitted *pro hac vice*

**ALLEN OVERY SHEARMAN STERLING US LLP**
300 West 6th Street
Austin, TX 78701
512-647-1909
emily.westridgeblack@aoshearman.com

Gideon J. Duke-Cohan (BBO# 716358)
**ALLEN OVERY SHEARMAN STERLING US LLP**
One Beacon Street
Boston, MA 02108
212-610-6353
gideon.duke-cohan@aoshearman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 23, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

*/s/ Dalia Fuleihan*
Dalia Fuleihan