**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEAN A., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 3:26-cv-30031-RGS |

**CONSENT MOTION TO WITHDRAW APPEARANCE OF KIMBERLY GRANO**

Pursuant to Local Rule 83.5.2(c), I, Kimberly Grano, respectfully move to withdraw my appearance as counsel for Plaintiffs in the above-captioned matter, as I will be leaving my employment with the International Refugee Assistance Project. Plaintiffs will continue to be represented by other attorneys from the International Refugee Assistance Project, the Democracy Forward Foundation, and Allen Overy Shearman Sterling US LLP. Pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Defendants, who provided Defendants' consent to this motion. A proposed order is attached.

Dated: November 24, 2026

Respectfully submitted,

/s/ Kimberly Grano

Kimberly Grano*
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org
**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 24, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court, District of Massachusetts, using the CM/ECF system, thus serving the motion on all counsel and parties in a manner authorized by Federal Rule of Civil Procedure 5(b)(2). Paper copies will be sent to those indicated as non-registered participants.

/s/ Kimberly Grano
Kimberly Grano