**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

*Defendants*.

Case No. 3:26-cv-30031-RGS

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

Upon consideration of the consent motion by Kimberly Grano to withdraw her appearance as counsel, and good cause having been shown, it is ORDERED that the motion is GRANTED. Accordingly, Kimberly Grano is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

_____________, 2026

_______________________________
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE