**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JEAN A., *et al.*,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

*Defendants*.

Case No. 3:26-cv-30031-RGS

**NOTICE OF APPEARANCE**

Please enter the appearance of Bobbi Zahn of Allen Overy Shearman Sterling US LLP as counsel of record for Plaintiffs Jean A., Hamad B., Mona C., Yasmine D., Sam E., Abdo F., International Institute of New England, and Jewish Family Service of Western Massachusetts in the above-titled action.

Dated: November 25, 2026

*/s/ Bobbi Zahn*

Bobbi Zahn (NY Bar # 6000285)
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Tel: +1212-848-5213
Email: bobbi.zahn@aoshearman.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed electronically on November 25, 2026, and will be served electronically to registered CM/ECF participants via the Notice of Electronic Filing (NEF), and that paper copies will be sent to non-registered participants as indicated on the NEF.

*/s/ Bobbi Zahn*
Bobbi Zahn